# EXHIBIT A



# *VOYAGER RESERVATION CONTRACT*

This Voyager Reservation Contract is issued by Villa Vie Residences Incorporated (VVRI) a company incorporated in the State of Delaware, USA whose registered office is located at # 700 -3422 Old Capital Trail, PMB 1461 Wilmington, DE 19808.

Whereby, VVRI wishes to sell, and the Voyager(s) wishes to occupy, a Villa on board VVRI Ship #1 with projected departure date of May 14, 2024 under the following terms & conditions:

| **VOYAGER DETAILS:** | | |
|---|---|---|
| **Voyager #1:** | ___Jenny Phenix ___ | ___ 1261 Gondola Ct, Boynton Beach, FL, 33426, United States ___ |
| | (Full Name) | (Address) |

For the VVRI Circumnavigation #1(CN #1) Departing from England, UK, (Itinerary as attached below)

Founders Club Membership **None**

Voyager Occupancy Status **Single**

Villa Type **Inside**

## VOYAGER CN#1 SEGMENT COMMITMENT

Voyager would like to purchase: __ **1289 days** __ to include the following Segments on CN#1

**Select all, 1- Northern Europe, 2- Greenland, Canada, New England, 3- Caribbean, 4- South America, 5- North America, 6- Japan, Philippine Sea, 7- South Pacific, 8- Australia/New Zealand, 9- North Asia, 10- South Asia, 11- Villa Vie on Land (Singapore, Dry Dock), 12- India, Sri Lanka, Malaysia, 13- Middle East, Indian Ocean, 14- Indian Ocean, Madagascar, 15- Africa, 16- South Europe, Mediterranean, 17- Transatlantic Crossing**

- Residence Fees Total:  ___$231,578___
- FC Membership level discount applied:  ___0%___
- SOLO discount:  ___30%___
- Total Discount Amount:  ___$68,833___

TOTAL VOYAGER FEES:  ___$162,745___  (Including all applicable discounts)
TOTAL DEPOSIT DUE:  ___$16,275___ (10% OF TOTAL VOYAGER FEES)
DEPOSIT DUE DATE:  ___December 5, 2023 8:29 PM___
FIRST SEGMENT FEES DUE DATE:  ___90 days before departure___

In consideration of the receipt of the cruise fare and/or boarding and lodging on the vessel, the booking of the circumnavigation and travel on VVRI Ship #1 are subject to the following terms and conditions:

## 1. DEFINITIONS

1. "Agreement" or "Contract" means the terms and conditions set forth in this Voyager Contract together with the Villa Fees Fare, owed for your voyage. Together, the items described in the preceding sentence shall constitute an agreement between the Voyager and Villa Vie Residences Incorporated as operator of the vessel.

2. "VVRI" shall mean and include Ship #1 (the Vessel), and all its owners, operators, employees, agents, charterers, and water tenders. The term "Voyager" shall include the plural where appropriate and means all persons or entities booking or purchasing passage and/or traveling under this Contract, including heirs, representatives, and any accompanying minors. "Voyager" shall have the same meaning as "Passenger" in this Contract. "Voyager" or "You" or ""Your" includes all persons traveling under this circumnavigation Contract, along with their respective heirs and representatives. Any Voyager under the age of 18 must be identified to VVRI at the time of booking and must be accompanied by an adult on the circumnavigation at all times. The adult who agrees to this contract also does so on behalf of any minor travelling with the adult and who is not competent to contract.

3. "Circumnavigation" includes the specific circumnavigation covered by this Contract, as the same may be modified and shall include those periods in which the Voyager has embarked or debarked the Vessel and while the Voyager is on land while the Vessel is in port or at anchor.

4. "Fare" means the Cruise fare that is due for this Circumnavigation including such amounts that are still owed and/or have been paid by the Voyager, but does not include the amounts due for other services such as air transportation, photographs, telephone calls, medical services beyond those that are included in the Fare, spirits, additional or upgraded wine, beer, or soft drinks beyond those included at meal times, shore excursions, salon and spa services, optional additional gratuities, or any other incidental charge or expense, nor does it include any security surcharges or similar assessments made by airlines, trains, buses, hotels, or other third parties which may be due and payable by Passenger upon request. All fares are quoted in U.S. Dollars and are based on occupancy type as described on page 2 of this contract. A Service Charge will be automatically added to optional purchases for beverages, specialty dining or events when available, and other voluntary purchases during the circumnavigation. If you choose to provide additional compensation directly to a crew member, you may do so at your own discretion.

5. The Voyager Reservation Contract shall be deemed to be an acceptance by Voyager, on behalf of themselves and all other persons traveling under this Contract, and his and their heirs and representatives, that he and they accept and agree to all the terms and conditions herein. This ticket and subsequent embarkation on the Vessel is valid only for the person(s) named as Voyagers and any represented minors, and cannot be transferred or modified without the written consent of VVRI.

6. "Vessel" means a ship operated, chartered, or provided by VVRI on which the Voyager will embark, or against which the Voyager may have a claim as well as any substituted ship used in performance of this ticket. "Master" includes the captain or delegated subordinates on any Vessel provided by VVRI on which the Voyager is travelling.

7. "Deposit" means 10% of the total value of this contract will be held in Villa Vie Residences group of companies Villa Vie Residences Corporation Escrow a company with registered address 12266 NW 10 Street Pembroke Pines, FL 33026 herein referred to as "Escrow". The Escrow account is held at Capital One PO Box 9035 Melville, NY 11747-9035. The Escrow account is used as the Trust account on behalf of its sister company Villa Vie Residences Incorporated "VVRI". VVRI has a deposit Trust policy in place directly with Villa Vie Residences Corporation Escrow.

8. "Pay as you go" means Voyagers pay the remaining balance 90 days in advance of each segment start date.

## 2. DEPOSIT AND PAYMENT POLICY

1. Your deposit amount required to book a villa will be provided to you at the time of booking. Bookings made within 90 days of sailing are required to be paid for in full. **Bookings made for more than 91 days of sailing are required to pay a 10% deposit at the time of booking and the remaining amount will be due and payable 90 days prior to each segment start date reserved under deposit. Bookings not paid as per this schedule will automatically be canceled and the deposit amount forfeited.** This includes all "pay as you go" voyagers. Unless otherwise noted, final payment must be received by VVRI no later than 90 days prior to circumnavigation segment departures. VVRI reserves the right to cancel any booking not fully paid at the time of final payment. Passport details and special onboard service requests are due at final payment. Payments may be made by wire transfer, or ACH. Fees for all wire transfers and ACH transfers have zero service charges. VVRI accepts no responsibility for foreign currency/transaction processing fees independently assessed by issuing banks. None of these fees separately charged by the issuing banks accrues to the benefit of VVRI. Any wire transfer fees incurred by VVRI for refund requests will be deducted from the refunded amount.

2. All deposits held in Escrow account until such time as the deposit transfers to VVRI as fees due and payable.

3. There will be a discount applied for single occupancy cruise fare.

4. All occupants are charged $33/day if staying in the Voyager's villa.

## 3. CHILDREN, INFANTS AND UNACCOMPANIED MINORS

Any Voyager under the age of 18 must be accompanied by and occupy the same stateroom as an adult 18 years or older. VVRI does not provide for the care, entertainment, or supervision of children. The recommended age for children living onboard is 16. Pregnant women who will be visiting voyagers must not be more than 6 months pregnant at the time of the visit.

## 4. VOYAGER ETIQUETTE AND CONSIDERATION

1. VVRI, its Masters, General Managers, Chief Pursers, or any other deputized figures of authority on board the Vessel reserve the right, at their sole discretion, to disembark any Voyager, in any port of call, for any reason, should they be considered a nuisance to or danger to voyagers, staff or otherwise hinder or threaten the safe and secure operation of the Vessel or any associated land programs. Any voyager(s) disembarked from the Vessel or associated land programs are solely responsible for any costs incurred with repatriation. The full cruise fare will be considered earned and retained and no refunds or reimbursements will be given.

2. VVRI may deny boarding to any persons convicted of certain felonies, which include but are not limited to aggravated assault (including domestic violence), murder, robbery, sexual assault, and other felony sexual offenses. VVRI reserves the right to access public records containing information about any felonious convictions as part of its Voyager screening, and to cancel a booking and/or deny embarkation at any time to any individual who has been convicted of any of the listed crimes. Voyager hereby consents to VVRI accessing public records concerning Voyager regarding felonious conviction/s as part of its screening policy. In the event of such cancellation or denial, the affected individual's sole remedy shall be a refund of the amount paid to VVRI for that individual's own booking, without entitlement to any further damages, loss, expenses, credit, or compensation whatsoever. Any Voyager traveling with the person who is denied boarding shall be unaffected and cancellation by any of these other Voyagers is subject to the standard cancellation policies.

## 5. RESERVATION MODIFICATIONS

Changes to a reservation after deposit and prior to issuance of travel documents may result in the assessment of administrative fees and service charges beyond the control of VVRI. Administrative fees and service charges will vary and are based on the type of change to your circumnavigation departure, itinerary, hotel or land package, or air supplement. Voyagers are responsible for any additional costs incurred as a result of these changes and Bookings cannot be converted from circumnavigation only to air/sea within thirty (30) days of sailing. Some changes, including name changes, may also be considered cancellations, and applicable fees will be assessed. Any changes to a reservation that result in the imposition of airline or other cancellation fees are the

responsibility of Voyager. No refund will be made for unused or partially used portions of the circumnavigation segments, air or land programs, including shore excursions, except as specifically outlined in the Voyager Reservation Contract.

## 6. PUBLIC HEALTH

1. VVRI follows the guidance and directives of established health authorities in the U.S. and other destinations where the Vessel visits, including the CDC and other international, national, and local health agencies when the Vessel is within those agencies' jurisdiction. Voyager acknowledges that these directives may change from time to time and that VVRI's COVID-19 Policies and Procedures may therefore change. Voyager expressly agrees to comply not only with the COVID- 19 Policies and Procedures as they are described herein but also as they are set forth on Villa Vie Residences Incorporated brand website at www.villavieresidences.com, at all times including pre-embarkation, while onboard, during port calls and shore excursions and/ or final disembarkation. In case of any conflict between the COVID-19 Policies and Procedures described herein or on the Villa Vie Residences Incorporated brand website, website shall govern. Voyagers must abide by VVRI's COVID-19 Policies and Procedures.

2. VVRI highly recommends that Voyagers consult with a personal physician prior to embarkation and review the U.S. Centers for Disease Control ("CDC") website for updated information. The CDC has identified elderly persons and persons with certain chronic medical conditions as being at increased risk of life-threatening complications from being infected with COVID-19. Voyagers may be exposed to communicable illnesses, including but not limited to influenza, COVID-19, colds, and norovirus while onboard the Vessel as well as traveling to/from the Vessel, during shore excursions, in terminals, and during activities. Voyager accepts that exposure to communicable illnesses and other diseases is inherent in activities where individuals interact or share common facilities and is beyond the control of VVRI. Under this circumnavigation Contract, Voyager knowingly and voluntarily accepts these risks including the risk of serious illness or death resulting from such exposure, and/or all related damages, costs, expenses, and losses of any nature whatsoever.

3. Upon embarkation and at any time during the circumnavigation, VVRI may require that Voyagers provide a truthful and complete health questionnaire containing any and all health or travel-related questions required by VVRI in its sole discretion. VVRI may perform routine or periodic testing and temperature checks of each Voyager. VVRI reserves the right at any time to modify capacity rules for activities (including but not limited to restaurants, gyms, entertainment events, and shore excursions) in the event it determines that normal capacities may present unsafe exposure to Voyagers. If required to prevent illnesses onboard, VVRI may require the mandatory use by each Voyager (except where a medical exemption is provided by the onboard Doctor), of face coverings in public locations outside of the Voyager's villa, during embarkation, disembarkation, and shore excursions. VVRI also retains the right to confine a Voyager to their Villa if they have been determined to be carrying a communicable disease or provide emergency disembarkation of the Voyager if, in VVRI's sole discretion, such steps are necessary to prevent or slow the spread of COVID-19.

4. Any noncompliance by the Voyager or Voyager's traveling party with VVRI's COVID-19 Policies and Procedures or this Ticket Contract shall be grounds for refusal to embark, or re-embark after going ashore, quarantine onboard the Vessel, reporting to government or health authorities, disembarkation, or other steps that are determined to be necessary in VVRI's sole discretion under the applicable circumstances, to protect the wellbeing and health of others. Under these circumstances, Voyager shall not be entitled to a refund or entitled to compensation of any kind. Voyager will be responsible for all related fines and costs, including without limitation, travel expenses and for necessary travel documentation required by any port, or for departure from or arrival to the Voyager's country of residence. In no event, will VVRI be liable for any damages or expenses whatsoever incurred by any Voyager, as a result of VVRI's decision to refuse reboarding, quarantine, disembarkation, or any other decisions taken by VVRI.

5. If a Voyager tests positive for COVID-19, influenza, or any other communicable disease while onboard, VVRI, in its sole discretion may require the Voyager to be quarantined in their villa and may refuse disembarkation in any port to such Voyager to prevent the spread of any communicable illness. If it is deemed necessary to disembark the Voyager due to a COVID- 19 infection that requires onshore medical treatment, and the Voyager is unable to reboard the Vessel within 30 days, then the Voyager will be entitled to a refund only for the unused portion of the circumnavigation. Any expenses incurred by the Voyager including related costs, fines, and travel expenses are the sole responsibility of the Voyager and under no circumstances will be the responsibility of VVRI.

## 7. MEDICAL SERVICES

1. Each Vessel is equipped with limited medical facilities and staffed by internationally accredited medical personnel who are independent contractors as VVRI is not a medical provider. Any interactions with medical providers in port or onboard are done so at the sole risk and cost (beyond standard medical visits) of the Voyager and provided for the convenience of the Voyager, work directly for the Voyager, and are not acting under the supervision or control of VVRI. Although standard medical visits and customary Emergency Room fees, medications, procedures, and charges may apply for medical services and are dictated by the services performed by the medical staff. Voyager acknowledges that medical care and medical evacuation may not always be available in port or while at sea. VVRI assumes no liability for treatment, failure to treat, misdiagnoses, diagnosis, any alleged or actual malpractice, examinations, advice, or other services provided by the medical staff, and any additional expenses to you incurred by such services. Complimentary medical visits include standard visits necessary if the Voyager is feeling unwell or has been injured. Routine care or necessary ongoing medical visits beyond the standard visits will be charged an additional fee. VVRI recommends that Voyager obtain independent medical insurance.

2. Voyagers needing special services during the voyage, or needing to travel with any medical apparatus, including wheelchairs, motorized scooters, etc., must advise VVRI in writing at the time of deposit. Please note some ports of call may not be suitable for Voyagers with limited mobility and in such cases, may preclude debarkation for any individual with limited mobility, with or without the aid of a wheelchair or motorized scooter. VVRI has the right to refuse or revoke passage to anyone who, in its judgment, is in a physical, mental, or emotional condition unfit for travel or whose comfort on board may be compromised due to situations beyond the care that can be provided by VVRI. VVRI does not offer medical insurance and any medical procedures or medications required in addition to the standard health visit will be at cost.

## 8. NOTICE TO BOARD

If Voyagers disembark for more than 2 weeks, voyagers must notify Voyager services at least 2 weeks prior to rejoining the vessel. If a shorter disembarkation or embarkation period becomes required, VVRI will make all efforts to accommodate the request but it is not guaranteed.

## 9. FRIENDS & FAMILY

Friends & Family space is limited onboard and must be planned and approved by Voyager Services at least 2 weeks ahead of arrival. Friends & Family rate of $33 per day per person will be charged to the Stateroom prior to embarkation. Other Friends & Family Villas are available on a first come first served basis and are charged a daily rate depending on Villa type. All Voyagers accrue 1 week of free Friends & Family time inside a Voyager's Villa, for every 3 months of paid Villa fees, paid in full by the Voyager.

## 10. DEVIATION, CANCELLATION, AND REFUND

1. VVRI may change the itinerary at any time without notice and or delay the inaugural sail date. If the inaugural sail date is delayed by more than 60 days, then VVRI will refund the full Fare that has been paid. The Vessel shall be entitled to leave and enter ports at the Master's discretion and for any purpose and to omit or change any or all ports of call, arrival or departure times, with or without notice, for any reason whatsoever, including but not limited to health and safety, security, adverse weather, hurricanes, tornadoes, strikes, tides, hostilities, civil unrest, port closings, emergency debarkations of Voyagers or crew, late air, sea, car or motor coach departures or arrivals, mechanical breakdowns, declared pandemics, public health emergencies, outbreak of communicable disease, quarantines, national or regional emergencies, US or foreign governmental advisories or travel warnings, all such deviations being considered as forming part of and included in the proposed voyage.

2. If the circumnavigation is canceled by VVRI for any reason, VVRI shall thereupon return to the Voyager, if the Contract is completely canceled, a full refund of the circumnavigation Fare or, if the Contract is partially canceled, a proportionate part thereof. Under such circumstances, VVRI shall have no further liability for damages or compensation of any kind. In the event a voyage is terminated early due or canceled to mechanical failure of the Vessel, Voyager is entitled to their circumnavigation Fare, or a proportionate share thereof, in addition to transportation to the Vessel's next scheduled port of disembarkation or

Voyager's home city, at VVRI's discretion and expense, as well as necessary lodging at the unscheduled port of disembarkation, if required, at VVRI's expense.

3. In the event a voyage is terminated early or canceled due to mechanical failure of the Vessel and a replacement vessel is not provided, Voyager is entitled to their circumnavigation Fare (if canceled prior to the first day of the voyage), or a proportionate share thereof, in addition to transportation to the Vessel's scheduled port of disembarkation or Voyager's home city, at VVRI's discretion and expense, as well as necessary lodging at the unscheduled port of disembarkation, if required, at VVRI's expense.

4. The Vessel may deviate from its scheduled course to assist other vessels for the purposes of saving life or property without liability whatsoever to Voyager.

5. All cancellations requested by Voyagers must be in writing and received by VVRI no later than the day before cancellation penalties are to be assessed. Fare is defined as the full cost of any circumnavigation or air component purchased from VVRI, excluding optional facilities and services fees.

The following cancellation charges will be assessed for all written cancellations received up to the scheduled time of departure.

**PRE-SHIP DISCLAIMER: ALL CONTRACTS SIGNED BEFORE VVRI PROCURES IT'S FIRST VESSEL WILL HAVE 10 BUSINESS DAYS FROM RECEIVING NOTICE FROM VVRI OF THE VESSEL DETAILS TO CONFIRM ACCEPTANCE OR CANCELLATION OF THEIR CONTRACT IN WRITING.**

Voyagers who wish to cancel their reservation prior to embarkation on the Vessel, may do so in writing to VVRI and will be subject to the following cancellation charges:

**POST-SHIP CANCELLATION POLICY (The dates below are only relevant post ship procurement notice).**

- 181 Days prior to the first day of the segment 100% refundable.
- 91 Days to 180 Days - 50% of deposit for segment refundable.
- 90 Days or Less – Deposit on segment is nonrefundable.

 I have read and agree to the cancellation policy outlined above.

## 11. VESSEL

VVRI retains the right to make changes/retrofits/modifications to the vessel provided for its voyages at any time. If the vessel is upgraded prior to the voyage departure and a voyager wishes to cancel as a result, the Cancellation Policy listed within the Voyager Reservation Contract will remain in full force and effect. Although VVRI makes best efforts to ensure that all its vessels are seaworthy at all times, the company does not warrant (expressly or impliedly), and specifically disclaims any warranty as to the fitness, condition, or merchantability of VVRI's Vessels. As part of VVRI's Performance and Indemnity Insurance requirements all vessels once acquired will carry its own policy which includes but not limited to: hull and machinery, open-ended risks, war risks; and risks of environmental damage such as oil spills and pollution.

## 12. RESPONSIBILITY AND COMPLIANCE

1. Voyagers specifically release VVRI from all claims for loss or damage to baggage or property or from personal injuries or death, or from loss or delay arising out of the acts, omissions, or negligence of any independent contractors, such as air carriers, hotels, shore excursion operations, restaurateurs, transportation providers, medical personnel, spa personnel, or other providers of services or facilities onboard the Vessel or onshore at any port of call. All arrangements made with independent contractors are made solely for the convenience of voyagers and are done at the voyagers' own risk. VVRI specifically disclaims all liabilities for damages for emotional distress, mental suffering, or psychological injury of any kind.

This document is signed using GetAccept Digital Signature Technology.
Fingerprint: f51b13ee421a56197799b21cef17c4b215b212e6b14298e8b3a204a863cd6f9b63dba98b558b91eebe5dea2504cd959bc67f85ac5947f6e275b99cd85c2634d6

Tickets, vouchers, and any other travel documents are subject to all terms and conditions of the respective suppliers, some of which may limit a supplier's liability.

2. Voyagers shall always comply with the provisions of this Agreement, with all applicable laws, and with all VVRI's policies, procedures, and requirements (which may be changed from time to time without notice). While onboard, Voyagers may not enter any designated crew areas, including any crew quarters, under any circumstances. Additionally, Voyagers may not sell, advertise, or promote any products or services to other Voyagers onboard any of VVRI's Vessels. Any Voyagers who wish to provide a service must be approved by VVRI, and carry their own liability insurance, and a separate agreement and waiver will apply.

3. VVRI retains the right to enter any Voyager room even when the "Do Not Disturb" sign is out for any required emergency maintenance, safety, or security. Where there is not an emergency, VVRI will make an attempt to schedule a time that is acceptable to both the Voyager and the VVRI maintenance team.

4. Except as otherwise expressly provided herein, VVRI shall not be liable for any injury, death, illness, damage, delay or other loss to person or property, or any other claim by any voyager caused by an act of god, war, terrorism, civil commotion, labor trouble, government interference, perils of the sea, fire, orders by government agencies restricting travel due to declared pandemics, public health emergencies or outbreaks of communicable disease, covid-19, influenza, colds and norovirus, quarantines, national or regional emergencies, thefts or any other cause beyond carrier's reasonable control, or any act not shown to be caused by VVRI's negligence.

5. Voyager agrees to solely assume the risk of injury, death, illness, or other loss, and VVRI is not responsible for the voyager's use of any athletic or recreational equipment; or for the negligence or wrongdoing of any independent contractors, including but not limited to photographers, spa personnel or entertainers; or for events taking place off VVRI's vessels, launches, tenders, or transports, or as part of any shore excursion, tour or activity.

6. VVRI hereby disclaims all liability to the voyager for damages for emotional distress, mental suffering, or psychological injury of any kind under any circumstances, when such damages were neither the result of a physical injury to the voyager, nor the result of the voyager having been at actual risk of physical injury, nor were intentionally inflicted by VVRI. Without limiting the preceding sentence, in no event will VVRI be liable to the voyager for any consequential, incidental, exemplary, or punitive damages.

7. Passengers embarking the circumnavigation in a European member state port are afforded rights under EU regulation 1177/2010. For a copy of EURegulation392/2009, visit https://eurlex.europa.eu/legalcontent/en/txt/pdf/?uri=celex:32009r0392&from=en. For a copy of the Athens convention and the 2002 protocol thereto, Visit https://treaties.un.org/doc/publication/unts/volume%201463/volume- 1463-i-24817- english.pdf and https://treaties.un.org/doc/publication/unts/no%20volume/24817/a-24817 080000028053bf55.pdf (full text in English begins at page 40).

As to all other Circumnavigations not described above, all the restrictions, exemptions from, and limitations of liability provided in, or authorized by the laws of the United States shall apply, including but not limited to, title 46 of the United States code §§30501 through 30509, and 30511.

8. Except as otherwise expressly set forth herein, this ticket contract and all disputes or claims whatsoever by voyager arising from or related to this ticket contract shall in all respects and without regard to conflict of law principles, be governed by and construed in accordance with the general maritime law of the United States of America, and, when applicable, the U.S. Death on the High Seas Act (46 U.S.C. § 30301 et seq.). Except as otherwise expressly specified in this ticket, the voyager agrees this choice of law supersedes and preempts any provision of law of any other state or nation.

9. No suit shall be maintainable against VVRI or the Vessel upon any claim relating to the damage or loss to any property unless the Voyager provides a written notice of the claim, with full details, which shall be delivered to VVRI at its Villa Vie Residences Incorporated registered office at the address on page 1 of this contract within thirty (30) days after the termination of the voyage to which this circumnavigation Contract relates or during the circumnavigation onboard to the general manager's attention and acknowledgment of receipt has been received by the voyager from the onboard representative; and in no event shall any suit for any cause against VVRI or the vessel with respect to loss of or damage to property be maintainable

unless suit shall be filed within one year after the termination of the voyage and process has been served within one hundred twenty days after filing, notwithstanding any provision of law of any state, territory, possession or country to the contrary.

10. It is agreed by and between Voyager and carrier that all claims, disputes, and matters whatsoever arising under, arising out of, or relating to this circumnavigation contract shall be litigated in and before a court of competent jurisdiction located in Wilmington Delaware, U.S.A. This circumnavigation contract provides for the exclusive resolution of disputes through individual legal action on the voyager's own behalf instead of through any class action. Even if the applicable law provides otherwise, Voyager agrees that any lawsuit against the carrier whatsoever shall be litigated by Voyager individually and not as a member of any class or as part of a class action, and Voyager expressly agrees to waive any law entitling Voyager to participate in a class action.

11. Either party shall hold the other harmless against any and all claims, demands, damages, liabilities, and costs incurred which directly or indirectly result from, or arise in connection with, any negligent act or omission, pertaining to its activities and obligations under this Agreement. All protections, benefits, defenses, and exclusions from and limitations of liability in favor of VVRI set forth in this circumnavigation contract shall also ensure the benefit of all of VVRI Circumnavigations subsidiaries and affiliated or related companies. including but not limited to VVRI agents or managers, contractors, and suppliers of goods and services, including but not limited to concessionaires, medical staff, all shore excursion and/or tour operators, and independent contractors.

## 13. INSURANCE

Personal medical insurance is not included in your reservation fees, but highly recommended and the sole responsibility of the Voyager(s). VVRI is required to remain in good standing on all necessary insurance policies to maintain the operating status of our vessel. No refund will be made for unused or partially used portions of the circumnavigation, air, or land programs, including shore excursions, except as specifically outlined in Section 11.

## 14. INDEPENDENT TRAVEL ARRANGEMENTS

VVRI has no responsibility regarding air or land travel arrangements made by non-refundable, restricted travel or frequent flyer tickets. This exclusion of liability includes consequences to independently arranged air or land travel that may result from last-minute changes in the embarkation or debarkation ports and delays in arrival at any airport or port location.

## 15. BAGGAGE POLICY

Luggage for VVRI's voyagers must be handled pursuant to regulations and tariffs of airlines, government security requirements, and ground operators. Luggage exceeding these limitations will be subject to charges as set forth by the individual operators, including any excess baggage charges. Fees for checked luggage are now common and are the responsibility of the Voyager. Please check with your specific airline(s) for their respective luggage policy. VVRI reserves the right to refuse any items that may be considered dangerous (explosives, firearms, liquid oxygen, combustible, or illegal items). VVRI reserves the right to search any baggage for security reasons. All hand-carried luggage and personal effects are the responsibility of the voyager at all times. VVRI is not responsible for the loss of or damage to Voyagers' luggage. Baggage insurance is recommended. Luggage and personal belongings will be taken off the vessel upon Voyager debarkation. Under no circumstances will luggage be kept on board without the owner of such luggage being on the vessel after the completion of the 3-year circumnavigation. Voyagers may bring a reasonable amount of luggage on board a VVRI vessel. No baggage or items heavier than 70 lbs each will be loaded onto or off-loaded from our vessels.

## 16. Logistics pickup and delivery of personal belongings for onboard use:

Logistics services will be provided at cost to each Voyager whose full payment has been received and delivery is tentatively scheduled for May 14, 2024. Courier services will pick up/drop off door-to-door (or nearest location) and transfer to the vessel for embarkation. Voyager belongings will be shipped through ground transportation and may take up to 2 weeks from pick-up. Do not pack more than the size of a double-standard closet. Details and pricing will be confirmed in due course. VVRI is not responsible

for the storage of items that cannot fit within your Villa. Please only bring items that you absolutely need and that will fit within your Villa.

## 17. STORAGE

The Vessel has a limited amount of storage space for bulky recreational equipment at a cost to be determined on a first come first served basis. Voyagers who wish to store such items must notify VVRI prior to boarding and receive approval which shall not be unreasonably withheld. There will not be storage space for personal items, motorized or other vehicles, other equipment, instruments, or any personal items of residence. Any such items should be stored in your Villa. Accessories should be foldable to allow for space within the Villa.

## 18. DOCUMENTATION AND VISAS

Passport and Visa requirements and regulations regarding vaccination certificates and other health requirements vary by destination. It is the sole responsibility of each Voyager to obtain and have available the appropriate valid travel and health documents for their chosen itinerary. Any Voyager traveling without the proper documentation will not be allowed to board the vessel and no refund of reservation fare or any other travel components purchased from VVRI will be issued. Passports must be valid throughout the duration of the Circumnavigation plus three months following the date of the trip completion. Voyagers of residence must have passports valid for 3 months following their disembarkation date. VVRI accepts no responsibility for obtaining required visas nor for advising voyagers of visas or other immigration requirements beyond the guidelines indicated.

 I have read, understood, and agree to the Passport, Visa, and Health Requirements as detailed above.

## 19. ATTIRE

Recommended onboard attire is resort or country club casual. For evening dining, elegant casual resort wear is suggested. VVRI does not provide clothing for colder weather.

## 20. BOARDING

Voyagers are required to be on board the vessel at least one hour prior to the scheduled departure time. Should the (in)actions of any Voyager(s) result in the vessel not sailing at its scheduled departure time, VVRI shall assess Late Departure Fees beginning at $1,000 USD per Voyager, to said Voyager(s) directly responsible for any departure that is delayed more than 15 minutes beyond the scheduled and published departure time, to cover the costs levied against VVRI by port authorities, governmental and quasi-governmental agencies as agreed and liquidated damages. If you miss the vessel VVRI is not responsible for the travel arrangements to board in the next port.

## 21. SMOKING

For the safety and security of all Voyagers and staff on board, Designated Smoking Areas are available onboard VVRI vessels. Smoking is expressly forbidden in all staterooms and suites, on verandas, or in any areas of the vessel other than officially Designated Smoking Areas. Smoking in a stateroom or suite or on a veranda represents a serious fire and safety hazard to all Voyagers and staff. Voyagers choosing to disregard this policy will be disembarked at the next port of call and may also be subject to additional fees that will be imposed to cover the costs associated with any damage to and the required cleaning of furnishings, verandas, and surrounding deck, and accommodation areas. All areas other than those specified as Designated Smoking Areas will remain smoke-free. This includes all voyager suites and staterooms, verandas, restaurants, public areas, the Casino (if offered), and all other areas of the vessel. Voyagers are welcome to use Cigars, Pipe smoking, and Electronic Cigarettes in designated areas.

## 22. GRATUITIES

How much you choose to tip is a personal matter and completely at your discretion. For your convenience, an 18% service gratuity is automatically added to all beverage purchases and spa services. Naturally, Voyagers may decide on additional gratuities while onboard the vessel at their sole discretion.

## 23. TRANSFER CLAUSE – TRANSFER VILLA TO SOMEONE ELSE

1. VVRI does not offer refunds for any reason a Voyager cannot complete the trip. The purchase is transferable, and the Voyager wanting to transfer rights to the villa may do so by calling VVRI Customer Service.  Customer Service will only assist with the transfer/name change. It is the sole responsibility of the purchaser to reassign or resell.

2. A two-week notice must be provided to embark any Voyager to meet international manifest requirements. Any Voyagers not on the manifest will not be allowed to board.

3. Additional Voyagers – Additional Voyagers are defined as any voyagers over the paid-for designated occupancy type of the Villa. There can be up to 4 people (including those listed in this contract) in a Villa for no more than 30 days. Port charges and gratuities per person are $33/day. Friends & Family villas are also available on a limited basis at a cost of $33/day on a first come first served basis. Additional Voyager Villas are available on a limited basis on a first come first serve and will be charged depending on the villa type.

## 24. PET POLICY

1. A maximum of 15 cats per vessel and a maximum limit of two cats per Villa will be permitted with a $1000 deposit for each cat, half of which is refundable if no damages to the Villa or any of its components have been incurred and will be subject to additional charges should the damages be more than the deposit amount. All cats will be confined to the Villa and are not permitted in any public spaces. VVRI reserves the right to limit the number of cats on the vessel and space is on a first come first serve basis.

2. Cat litter must be disposed of properly in a bag as part of the Villa trash and must be changed no less than every other day unless needed more frequently. Under no circumstances should any cat litter be flushed down the toilet, in the sink, or bathtub, and is subject to a $10,000 fine if litter has been found to be flushed. A pet addendum will be provided separately.

3. VVRI Vessel may accommodate up to 10 dogs under 30lbs under its "Dog Vacation Program" and will be detailed under a separate "Dog Vacation" contract, if Ship #1 can accommodate.

## 25. INCLUSIVE AMENITIES

All-inclusive products include dining three times a day at either of the restaurants, snacks and other food offerings to be available throughout the day and evening, limited house beer and house wine at lunch and dinner, onboard entertainment (special events may be at an additional charge), WIFI, weekly housekeeping, laundry service, usage of the public areas of the business center, fitness center, primary health visits, and friends and family visits unless otherwise specified within the Voyager Reservation Contract.

## 26. VILLA AMENITIES

Villas include bathroom toiletries, shampoo/conditioner/shower gel-, linens (bed linens and towels), flat screen tv, mini fridge, hair dryer, coffee machine, iron upon request, and underbed storage. Voyagers can buy their own toiletries, food, and beverage items per regulations within each port. No fresh fruits or vegetables may be brought onboard in any port and will be subject to confiscation and disposal without compensation. Any electronics must be inspected, fire proofed, approved and have automatic shut off.

## 27. WHAT TO BUDGET FOR (NON-INCLUSIVE)

VVRI offers salon and spa services, shore excursions, alcoholic beverages and packages, special restaurant events, private classes, and personal training which are not included in the Circumnavigation fare. We will provide a list of pricing within three months of embarkation.

## 28. MAIL

1. VVRI will be providing a Mail Drop Service for letter mail only, free of charge. We will provide a U.S. address to forward your mail.

2. VVRI will provide package delivery options pricing and specifics to be detailed in due course.

3. All mail will be opened and inspected to ensure it is legally able to be mailed. Items such as Aerosols, Alcoholic Beverages, Ammunition, Cigarettes, Dry Ice, Gasoline, Hemp-based products (including cannabidiol [CBD]), Marijuana (medical or otherwise), Nail Polish, Perfumes (containing alcohol), and batteries will not be permitted. A freight forwarder will handle the shipment and deliver it to the nearest port of call.

4. Mail/packages needed urgently can be shipped separately at the Voyager's expense directly to the port agent a few days before arriving at the port. Please discuss with onboard Customer Service to be provided instructions for shipping.

## 29. NOTICE

While VVRI makes every effort to adhere to the specifics shown on the website, circumstances may require otherwise. All information contained herein is subject to change without notice at the discretion of VVRI including all schedules and fares listed. VVRI is not responsible or liable for any typographical errors, omissions, or misprints. Any modifications to the Voyager Reservation Contract will be done via Addendum.

**SPECIAL CONDITIONS:**

5% Deposit is due on or before Dec 30, 2023

Authorized by VVRI Executive

*Jenny Phenix*

**Jenny Phenix**
12/5/2023

*Villa Vie Residences*

**Villa Vie Residences**
Villa Vie Residences INC

Other Voyagers in Villa (Minors) where applicable:

# Signature Certificate

Document name:

**Singles Voyager Contract**

Unique document ID:

**61d8a821-1f2a-47df-8433-32725dea501a**

Document fingerprint:

f51b13ee421a56197799b21cef17c4b215b212e6b14298e8b3a204a863cd6f9b63dba98b558b91eebe5
dea2504cd959bc67f85ac5947f6e275b99cd85c2634d6

## Signatories



### Jenny Phenix

Email: jennypfam@yahoo.com
Device: Chrome 111.0.0.0 on Unknown ChromeOS x86_64 (desktop)
IP number: 108.220.236.75

Trusted timestamp:
2023-12-05 20:55:25 UTC



### Villa Vie Residences

Villa Vie Residences INC

Email: contracts@villavieresidences.com
Device: Chrome 119.0.0.0 on Unknown macOS 10.15.7 (desktop)
IP number: 97.96.63.63

Verified with login

Trusted timestamp:
2023-12-05 20:29:13 UTC

This document was completed by all parties on:

**2023-12-05 20:55:25 UTC**

## Accepted consent

By accessing this document I approve that certain personal data will be processed by GetAccept and Villa Vie Residences such as my name, email as well as unstructured personal data such as IP-address and usage behaviour. For more information - check out our privacy policy



This document is signed using GetAccept Digital Signature Technology.
This Signature Certificate provides all signatures connected to this document and the audit log.

# Audit log

| Trusted timestamp | Event with collected audit data |
| --- | --- |
| 2023-12-05 20:55:25 UTC | Document was signed by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 111.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-05 20:55:12 UTC | Document was reviewed by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 111.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-05 20:55:04 UTC | Document was verified via partial signature by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 111.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-05 20:55:03 UTC | Document was verified via handwritten signature by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 111.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-05 20:43:32 UTC | Document was opened by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 111.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-05 20:43:29 UTC | Document was verified via consent by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 111.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-05 20:29:36 UTC | Document was sent to Jenny Phenix (jennypfam@yahoo.com)<br>Device: () |
| 2023-12-05 20:29:30 UTC | Document was sealed by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: () |
| 2023-12-05 20:29:13 UTC | Document was signed by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 119.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |
| 2023-12-05 20:29:13 UTC | Document was verified via handwritten signature by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 119.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |
| 2023-12-05 20:29:13 UTC | Document was created by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 119.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |



This document is signed using GetAccept Digital Signature Technology.
This Signature Certificate provides all signatures connected to this document and the audit log.