# **EXHIBIT B**



# VOYAGER RENTAL CONTRACT

This Voyager Rental Contract is issued by Villa Vie Residences Incorporated (VVRI) a company incorporated in the State of Delaware, USA whose registered office is located at # 700 -3422 Old Capital Trail, PMB 1461 Wilmington, DE 19808.

Whereby, VVRI wishes to sell, and the Voyager(s) wishes to occupy, a Villa on board VVRI Ship #1 with projected departure date of May 14, 2024 under the following terms & conditions:

| **VOYAGER DETAILS:** | |
|---|---|
| **Voyager #1:** (Full Name) | ___jenny phenix___ |
| **Voyager #2:** (Full Name) (*if applicable*) | ___Jenny Phenix___ |
| **Address** | 300 S. Australian Ave, unit 1017<br>West Palm Beach, FL 33401 |

| | |
|---|---|
| Founders Club Membership | **None** |
| Voyager Occupancy Status | **Single** |
| Villa Type | **Inside** |

This document is signed using GetAccept Digital Signature Technology.
Fingerprint: 2a758fc5e8d57519cf22073906f60f06ed9ff27ff4c5063f2e24ffc04ea0d02d074bad4f014acacbaaf5393310d882495752a61443aead0c260b9b98cc366e82

**VOYAGER SEGMENT COMMITMENT**

Voyager would like to purchase:   **1155 days**    to include the following Segments on CN#1

3- Caribbean, 4- South America, 5- North America, 6- Japan, Philippine Sea, 7- South Pacific, 8- Australia/New Zealand, 9- North Asia, 10- South Asia, 12- India, Sri Lanka, Malaysia, 13- Middle East, Indian Ocean, 14- Indian Ocean, Madagascar, 15- Africa, 16- South Europe, Mediterranean, 17- Transatlantic Crossing

- Residence Fees Total:   $143,913
- Early Bird discount applied:   0
- FC Membership level discount applied:   0%
- SOLO discount:   30%
- Total Discount Amount:   $61,677

TOTAL VOYAGER FEES:   $total    (Including all applicable discounts)
TOTAL DEPOSIT DUE:   $14,391
DEPOSIT DUE DATE:   Immediately
FIRST SEGMENT FEES DUE DATE:   90 days before departure

In consideration of the receipt of the cruise fare and/or boarding and lodging on the vessel, the booking of the circumnavigation and travel with VVR are subject to the terms and conditions as detailed on this web page: https://villavieresidences.com/terms-and-conditions/

☑ I have read and agree to the Terms and Conditions as detailed here (https://villavieresidences.com/terms-and-conditions/)

**SPECIAL CONDITIONS:**

5% Deposit is due on or before Dec 31, 2023. Eligible for a one-time $500 on board credit

Authorized by VVR Executive

*Jenny Phenix*

**Jenny Phenix**
12/27/2023

*Villa Vie Residences*

**Villa Vie Residences**
Villa Vie Residences INC

Other Voyagers in Villa (Minors) where applicable:

This document is signed using GetAccept Digital Signature Technology.
Fingerprint: 2a758fc5e8d57519cf22073906f60f06ed9ff27ff4c5063f2e24ffc04ea0d02d074bad4f014acacbaaf5393310d882495752a61443aead0c260b9b98cc366e82

## Signature Certificate

Document name:
VVR Rental Agreement

Unique document ID:
f812a515-853c-419b-9b6d-7f6f01796c3c

Document fingerprint:
2a758fc5e8d57519cf22073906f60f06ed9ff27ff4c5063f2e24ffc04ea0d02d074bad4f014acacbaaf539331
0d882495752a61443aead0c260b9b98cc366e82

**Signatories**



### Jenny Phenix

Email: jennypfam@yahoo.com
Device: Chrome 117.0.0.0 on Unknown ChromeOS x86_64 (desktop)
IP number: 108.220.236.75

Trusted timestamp:
2023-12-27 21:22:54 UTC



### Villa Vie Residences

Villa Vie Residences INC

Email: contracts@villavieresidences.com
Device: Chrome 119.0.0.0 on Unknown macOS 10.15.7 (desktop)
IP number: 97.96.63.63

Verified with login

Trusted timestamp:
2023-12-27 00:24:54 UTC

This document was completed by all parties on:

2023-12-27 21:22:54 UTC

**Accepted consent**

By accessing this document I approve that certain personal data will be processed by GetAccept and Villa Vie Residences such as my name, email as well as unstructured personal data such as IP-address and usage behaviour. For more information - check out our [privacy policy](#)



This document is signed using GetAccept Digital Signature Technology.
This Signature Certificate provides all signatures connected to this document and the audit log.

# Audit log

| Trusted timestamp | Event with collected audit data |
|---|---|
| 2023-12-27 21:22:54 UTC | Document was signed by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 117.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-27 21:22:34 UTC | Document was verified via partial signature by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 117.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-27 21:22:33 UTC | Document was verified via handwritten signature by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 117.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-27 21:19:09 UTC | Document was opened by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 117.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-27 16:20:26 UTC | Document was commented by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: ()<br>Comment: Hi Jenny - I updated the contract including price and address. Please review and return if you find everything in order. Thank you so much. Anne |
| 2023-12-27 16:20:25 UTC | Device: Chrome 119.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |
| 2023-12-27 16:20:25 UTC | Document was sealed by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 119.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |
| 2023-12-27 02:46:20 UTC | Document was reviewed by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 117.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-27 02:18:53 UTC | Document was opened by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 117.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-27 02:18:51 UTC | Document was verified via consent by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 117.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 108.220.236.75 - IP Location: Boynton Beach, United States |
| 2023-12-27 00:25:16 UTC | Document was sent to Jenny Phenix (jennypfam@yahoo.com)<br>Device: () |
| 2023-12-27 00:25:10 UTC | Document was sealed by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: () |



This document is signed using GetAccept Digital Signature Technology.
This Signature Certificate provides all signatures connected to this document and the audit log.

| | |
|---|---|
| 2023-12-27 00:24:54 UTC | Document was signed by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 119.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |
| 2023-12-27 00:24:54 UTC | Document was verified via handwritten signature by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 119.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |
| 2023-12-27 00:24:54 UTC | Document was created by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 119.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |

GetAccept

This document is signed using GetAccept Digital Signature Technology.
This Signature Certificate provides all signatures connected to this document and the audit log.