# **<u>EXHIBIT C</u>**



# VOYAGER RENTAL CONTRACT

This Voyager Rental Contract is issued by Villa Vie Residences Incorporated (VVRI) a company incorporated in the State of Delaware, USA whose registered office is located at # 700 -3422 Old Capital Trail, PMB 1461 Wilmington, DE 19808.

Whereby, VVRI wishes to sell, and the Voyager(s) wishes to occupy, a Villa on board VVRI Ship #1 with projected departure date of May 15, 2024 under the following terms & conditions:

| **VOYAGER DETAILS:** | |
| --- | --- |
| **Voyager #1:** (Full Name) | ___ Jenny Phenix ___ |
| **Voyager #2:** (Full Name) <br> (*if applicable*) | ___ N/A ___ |
| **Address** | ___ 1261 Gondola Ct, Boynton Beach, FL, 33426, United States ___ <br> - |

| | |
| --- | --- |
| Founders Club Membership | **None** |
| Voyager Occupancy Status | **Single** |
| Villa Type | **Inside** |
| Villa Assigned | **3127** |

**VOYAGER SEGMENT COMMITMENT**

Voyager would like to purchase: __134 days__ to include the following Segments on CN#1

**1-Northern Europe,  2- Greenland,  Canada, New England**

- Residence Fees Total: _____
- Early Bird discount applied: ____0____
- FC Membership level discount applied: ____0%____
- SOLO discount: ____30%____
- Total Discount Amount: _____

_____

TOTAL VOYAGER FEES:     ____$16, 750____ (Including all applicable discounts)
TOTAL DEPOSIT DUE:     ____$16,750____
DEPOSIT DUE DATE:     ____Immediately____
FIRST SEGMENT FEES DUE DATE: ___90 days before departure___

In consideration of the receipt of the cruise fare and/or boarding and lodging on the vessel, the booking of the circumnavigation and travel with VVR are subject to the terms and conditions as detailed on this web page: https://villavieresidences.com/terms-and-conditions/

 I have read and agree to the Terms and Conditions as detailed here (https://villavieresidences.com/terms-and-conditions/)

**SPECIAL CONDITIONS:**

Segments Payment is due in full 90 days prior to embarkation.

Authorized by VVR Executive

*Jenny Phenix*

**Jenny Phenix**
4/24/2024

*Kathy Villalba*

**Villa Vie Residences**
Villa Vie Residences INC
4/15/2024

Other Voyagers in Villa (Minors) where applicable:

# Signature Certificate

Document name:

**VVR Rental Agreement**

Unique document ID:

fb85626b-e674-4f0c-8f96-b63861caabd5

Document fingerprint:

61d70a7a91a4bff8ce6a167a47695cfef892fb801359a1d8d650886231c1a04ad92d5292210e50c5512e
dfac3d7d91bff4980c96e30e77f0ea5e9a157ab24fd

## Signatories



### Jenny Phenix

Email: jennypfam@yahoo.com
Device: Chrome 122.0.0.0 on Unknown ChromeOS x86_64
(desktop)
IP number: 2.59.157.100

Trusted timestamp:
2024-04-24 20:30:09 UTC

*Jenny Phenix*



### Villa Vie Residences
COO

Villa Vie Residences INC

Email: contracts@villavieresidences.com
Device: Chrome 123.0.0.0 on Unknown macOS 10.15.7
(desktop)
IP number:

Verified with login

Trusted timestamp:
2024-04-14 23:41:46 UTC

*Kathy Villalba*

This document was completed by all parties on:

**2024-04-24 20:30:09 UTC**

## Accepted consent

By accessing this document I approve that certain personal data will be processed by GetAccept and Villa Vie Residences such as my name,
email as well as unstructured personal data such as IP-address and usage behaviour. For more information - check out our privacy policy



This document is signed using GetAccept Digital Signature Technology.
This Signature Certificate provides all signatures connected to this document and the audit log.

# Audit log

| Trusted timestamp | Event with collected audit data |
|---|---|
| 2024-04-24 20:30:09 UTC | Document was signed by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 122.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 2.59.157.100 - IP Location: Miami, United States |
| 2024-04-24 20:29:49 UTC | Document was verified via partial signature by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 122.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 2.59.157.100 - IP Location: Miami, United States |
| 2024-04-24 20:29:48 UTC | Document was verified via handwritten signature by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 122.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 2.59.157.100 - IP Location: Miami, United States |
| 2024-04-24 17:39:21 UTC | Device: Chrome 123.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |
| 2024-04-15 00:55:00 UTC | Document was reviewed by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 122.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 179.49.53.235 - IP Location: Manta, Ecuador |
| 2024-04-15 00:52:37 UTC | Document was verified via consent by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 122.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 179.49.53.235 - IP Location: Manta, Ecuador |
| 2024-04-15 00:52:37 UTC | Document was opened by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 122.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 179.49.53.235 - IP Location: Manta, Ecuador |
| 2024-04-15 00:52:34 UTC | Document was verified via consent by Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 122.0.0.0 on Unknown ChromeOS x86_64 (computer)<br>IP number: 179.49.53.235 - IP Location: Manta, Ecuador |
| 2024-04-14 23:42:00 UTC | Document was sent to Jenny Phenix (jennypfam@yahoo.com)<br>Device: Chrome 123.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |
| 2024-04-14 23:41:55 UTC | Document was sealed by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 123.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |
| 2024-04-14 23:41:46 UTC | Document was signed by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 123.0.0.0 on Unknown macOS 10.15.7 (computer) |
| 2024-04-14 23:41:45 UTC | Document was verified via partial signature by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 123.0.0.0 on Unknown macOS 10.15.7 (computer) |



This document is signed using GetAccept Digital Signature Technology.
This Signature Certificate provides all signatures connected to this document and the audit log.

| | |
|---|---|
| 2024-04-14 23:41:45 UTC | Document was verified via handwritten signature by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 123.0.0.0 on Unknown macOS 10.15.7 (computer) |
| 2024-04-14 23:39:24 UTC | Document was verified via handwritten signature by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 123.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |
| 2024-04-14 23:39:23 UTC | Document was created by Villa Vie Residences (contracts@villavieresidences.com)<br>Device: Chrome 123.0.0.0 on Unknown macOS 10.15.7 (computer)<br>IP number: 97.96.63.63 - IP Location: Parrish, United States |

GetAccept

This document is signed using GetAccept Digital Signature Technology.
This Signature Certificate provides all signatures connected to this document and the audit log.