# **<u>EXHIBIT D</u>**

## Notice of Termination of Contract

From: Kathy Villalba (kathy@villavieresidences.com)

To: jennypfam@yahoo.com

Cc: mike@villavieresidences.com; anne@villavieresidences.com

Date: Friday, July 19, 2024 at 10:47 AM GMT+1

July 19, 2024

Jenny Phenix
1261 Gondola Ct
Boynton Beach, FL 33426

Subject: Notice of Termination of Contract

Dear Jenny,

We regret to inform you that your contract with Villa Vie Residences has been canceled for the following reasons:

1. **Cancellation of Segments 1 and 2:** Due to your cancellation of these segments, your entire agreement with Villa Vie Residences is considered null and void. We will proceed with refunding the payments made for these segments in accordance with our normal procedures. Since you have not purchased any additional segments, your contract with us is terminated.
2. **Behavior Impacting Community Morale:** We have received over a dozen formal complaints from residents regarding your continuous complaints and negativity. This behavior has significantly impacted the morale and well-being of other passengers. At VVR, we are committed to maintaining a positive and enjoyable environment for all our guests. Given the overwhelming feedback, we must cancel your contract permanently to uphold the well-being and satisfaction of our community.

When we first initiated our operations, the specifics of our offerings were not finalized as we had not yet acquired our vessel. Consequently, the information provided was fluid and subject to change based on the capabilities of the vessel we ultimately purchased. We reserve the right to adjust the scope of our services to align with the capabilities and specifications of our ship.

We greatly value community feedback as it is essential to the foundation and growth of our venture. However, the manner in which feedback is conveyed must be constructive and conducive to the community environment and most importantly respectful. Unfortunately, the way in which your feedback has been presented does not align with these principles.

We appreciate your understanding in this matter. Should you have any questions regarding the refund process, please do not hesitate to contact admin@villavieresidences.com.

Respectfully,

Kathy Villalba
Chief Operating Officer
Villa Vie Residences

