## VERIFICATION

JENNY PHENIX, being duly sworn, deposes and says:

I am the plaintiff in the above-entitled action. I have read the foregoing complaint and know the contents thereof. The same are true to my knowledge, except as to matters therein stated to be alleged on information and belief and as to those matters, I believe them to be true. I declare under penalty of perjury that the foregoing is true and correct. Executed on March 26, 2025 at West Palm Beach, FL.

_____[Signature]
JENNY PHENIX