# **EXHIBIT B**



- Incorporate in 50 States
- LLC Formation in 50 States
- Series LLC's
- Boat & Aircraft Holding Companies
- Certified Copies & Apostilles
- Foreign State Qualification
- Registered Agent Service in 50 States
- Business License Application Service
- EIN Application Service

- Virtual Office/Delaware Street Address
- Mail & Package Forwarding Service
- Certificates of Good Standing/Existence
- Delaware USA Offshore Companies
- Foreign Consulate Document Legalization
- Renewal & Revival of Charter
- Dissolution/Cancellation of Charter
- Amendments
- UCC Searches & Filings

**3422 Old Capitol Trail, Suite 700 - Wilmington, Delaware 19808 USA**
Ph 1.800.423.2993 (1.302.996.5819) - Fax 1.800.423.0423 (1.302.996.5818)
support@dbiglobal.com - www.delawarebusinessincorporators.com

March 31, 2025

To Whom It May Concern at Gellert Seitz Busenkell & Brown,

We apologize for erroneously accepting this FedEx shipment addressed to Villa Vie Residences Incorporated c/o Delaware Business Incorporators. We are no longer the Registered Agent for this entity and are unable to forward any correspondence; we have no current contact information.

Per our records, this corporation transferred from the State of Delaware to the Republic of the Marshall Islands in April 2024. I have enclosed a printout of the Certificate of Transfer we have on file and hope it may be useful to you.

Kind regards,

*Lisa Thomas*

Lisa Thomas

Delaware Business Incorporators, Inc. - Incorporate in Delaware
DBI Global Filings, LLC - Incorporate in Other States
DBIGlobalDomains.com - Domain names
302-996-5819 | 1-800-423-2993

**STATE OF DELAWARE
CERTIFICATE OF TRANSFER
FROM A DELAWARE CORPORATION TO A
NON-DELAWARE ENTITY PURSUANT TO SECTION 390 OF
THE DELAWARE GENERAL CORPORATION LAW**

**OF**

**VILLA VIE RESIDENCES INCORPORATED**

1. The name of the corporation is Villa Vie Residences Incorporated.

2. The date of filing of the corporation's original certificate of incorporation with the Secretary of State is July 5, 2023.

3. The foreign jurisdiction to which the corporation shall be transferred is the Republic of the Marshall Islands and the name of the resulting entity shall be VVR Hospitality LLC.

4. The transfer of the corporation has been approved in accordance with the provisions of Section 390 of the Delaware General Corporation Law.

5. The corporation certifies (i) the existence of the corporation as a corporation of Delaware shall cease when this Certificate of Transfer becomes effective, and (ii) the agreement of the corporation that it may be served with process in Delaware in any proceeding for enforcement of any obligation of the corporation arising while it was a corporation of Delaware and irrevocably appoints the Secretary of State of Delaware as its agent to accept service of process in any such proceeding and the address to which a copy of such process shall be mailed by the Secretary of State is Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, Marshall Islands MH 96960.

IN WITNESS WHEREOF, the undersigned being duly authorized to sign on behalf of the transferring Corporation have executed this Certificate on the 15th day of April, 2024.

/s/ _____
Name: Mikael Petterson
Title: Authorized Officer

State of Delaware
Secretary of State
Division of Corporations
Delivered 01:45 PM 04/15/2024
FILED 01:45 PM 04/15/2024
SR 20241449364 - File Number 7553131