# **EXHIBIT C**

**2024 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P23000062680

**Entity Name:** VILLA VIE RESIDENCES CORPORATION

**FILED**
**May 01, 2024**
**Secretary of State**
**0251478174CC**

**Current Principal Place of Business:**

1413 SW 156TH WAY
PEMBROKE PINES, FL 33027

**Current Mailing Address:**

1413 SW 156TH WAY
PEMBROKE PINES, FL 33027 US

**FEI Number:** 93-3137933

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

VILLALBA, KATHRYN
1413 SW 156TH WAY
PEMBROKE PINES, FL 33027 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                    Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | COO | | Title | CEO |
| Name | VILLALBA, KATHRYN | | Name | PETTERSON, MIKAEL |
| Address | 1413 SW 156TH WAY | | Address | 1413 SW 156TH WAY |
| City-State-Zip: | PEMBROKE PINES FL 33027 | | City-State-Zip: | PEMBROKE PINES FL 33027 |

| | |
|---|---|
| Title | HEAD OF FINANCE & ACCOUNTING |
| Name | ANDERSON, SUSAN LEE |
| Address | 3033 N SHERIDAN RD APT 1406 |
| City-State-Zip: | CHICAGO IL 60657-5559 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: SUSAN ANDERSON                         HEAD OF FINANCE & ACCOUNTING             05/01/2024

Electronic Signature of Signing Officer/Director Detail                                                           Date