# **EXHIBIT E**

  

Tracking ID:   880125404675



# Delivered
## Monday, 3/31/25 at 12:55 PM

Signed for by: Signature not required



**GPS delivery location**

**View more details**

**Obtain proof of delivery**

**Report missing package**

**From**
Ashley Gollmann
1201 N ORANGE ST
Suite 300
WILMINGTON,DE US 19801

**To**
VILLA VIE RESIDENCES CORPORATION
1413 SW 156th Way
PEMBROKE PINES,FL US 33027

**OUR COMPANY**

About FedEx

Our Portfolio

Investor Relations

Careers

FedEx Blog





Contact Us

**MORE FROM FEDEX**

FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

**LANGUAGE**

 United States

**FOLLOW FEDEX** 

© FedEx 1995-2025

Site Map    |    Terms of Use    |    Privacy & Security    |    Ad Choices




Tracking ID:   418738850642



✓ **Delivered**
**Monday, 4/14/25 at 1:00 PM**

Signed for by: R.ANDRIKE

→ View more details

⤓ Obtain proof of delivery

**From**
WILMINGTON,DE US

**To**
MAJURO, MH

### OUR COMPANY

About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

### MORE FROM FEDEX

FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

### LANGUAGE

🌐 United States

**FOLLOW FEDEX**       

© FedEx 1995-2025

 





### Tracking ID: 418738850480



**Ready to shop again?**
Get exclusive deals at your favorite stores.
SHOP NOW

 **Delivered**
## Monday, 4/14/25 at 1:00 PM

Signed for by: R.ANDRIKE

→ View more details

⬇ Obtain proof of delivery

**From**
WILMINGTON, DE US

**To**
MAJURO, MH

### OUR COMPANY
About FedEx
Our Portfolio
Investor Relations
Careers
FedEx Blog
Corporate Responsibility
Newsroom
Contact Us

### MORE FROM FEDEX
FedEx Compatible
FedEx Developer Portal
FedEx Logistics
ShopRunner

### LANGUAGE
 United States

### FOLLOW FEDEX
     

© FedEx 1995-2025


