# **EXHIBIT F**

| | |
|---|---|
| **From:** | Gary Seitz |
| **To:** | Bers, Steve E. |
| **Subject:** | Case 1:25-cv-00378-UNA Phenix v. Villa Vie Residences Inc. et al |
| **Date:** | Friday, March 28, 2025 11:00:00 AM |
| **Attachments:** | Waiver request - Corp.pdf |
| | Waiver request - Inc.pdf |
| | Waiver request - Odyssey.pdf |
| | Waiver - Corp.pdf |
| | Waiver - Inc.pdf |
| | Waiver - Odyssey.pdf |
| | Summons - Odyssey.pdf |
| | Summons - Corp.pdf |
| | Summons - Inc.pdf |
| | 2025.3.27 Stamped COMPLAINT Phenix.pdf |

Steve,

Pursuant to FRCP Rule 4(d)(1), please find attached to this email:

 A summons for each of your clients.

 Requests for waiver of service.

 Forms for wavier of service.

 The complaint with civil cover sheet.

Please have your clients sign the waivers of service and return them to me within thirty days.

Thank you.

Gary



**Gary F. Seitz**

**Gellert Seitz Busenkell & Brown, LLC**

gseitz@gsbb.law | P: 215-238-0011

**901 Market St., Ste 3020, Philadelphia, PA 19107**

**Mail to P.O. Box 510, Lafayette Hill, PA 19444**

**1201 N. Orange St., 3rd Floor, Wilmington, DE 19801**

GSBB.law

This email and any attachments may contain information that is confidential, privileged or otherwise protected. If you received this message in error or are not the intended recipient or authorized by the intended recipient to read it, please destroy the message and any copies and please do not retain, distribute or share this message or any of the information contained herein. Please also reply and inform the sender that you received this message in error. We have taken precautions to minimize the risk of transmitting software viruses, but we advise you to carry out your own virus checks on any attachment to this message. We cannot accept liability for any loss or damage caused by software viruses.

Email Acceptance Disclosure:  Under the Electronic Signatures in Global and National Commerce Act (the "Electronic Signatures Act" a/k/a "E-Sign") and the Uniform Electronic Transactions Act ("UETA") as adopted in PA and DE, our receipt of this email and its contents does not constitute confirmation of our electronic signature and/or acceptance of any contract terms or language that may or may not be contained herein including in any attachments sent with this electronic communication.  Further, any signature block contained in this email should not be misconstrued as an electronic signature that contractually obligates us or our clients to any contract terms that may or may not be contained herein, including in any attachments.  The binding of any contract terms or provisions herein must be willfully acknowledged and accepted by us in order for our firm or our clients to be legally bound.