# **EXHIBIT G**

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

# 9589071052702925641679

Copy      Add to Informed Delivery (https://informeddelivery.usps.com/)

## Latest Update

Your item was refused by the addressee at 12:39 pm on May 6, 2025 in HOLLYWOOD, FL 33027 and is being returned to the sender.

**Get More Out of USPS Tracking:**

USPS Tracking Plus®

### Alert
**Refused**
HOLLYWOOD, FL 33027
May 6, 2025, 12:39 pm

### Arrived at USPS Regional Destination Facility
OPA LOCKA FL DISTRIBUTION CENTER
May 6, 2025, 4:40 am

### In Transit to Next Facility
May 5, 2025

### Departed USPS Regional Facility
WILMINGTON DE DISTRIBUTION CENTER
May 2, 2025, 5:46 am

### Arrived at USPS Regional Origin Facility
WILMINGTON DE DISTRIBUTION CENTER
May 1, 2025, 9:35 pm

### USPS in possession of item
WILMINGTON, DE 19801

Feedback

Case 1:25-cv-00378-RGA    Document 3-7    Filed 06/02/25    Page 3 of 4 PageID #: 313

May 1, 2025, 10:46 am

● Hide Tracking History

**What Do USPS Tracking Statuses Mean? (https://faq.usps.com/s/article/Where-is-my-package)**

Text & Email Updates ⌄

USPS Tracking Plus® ⌄

Product Information ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

