# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JENNY PHENIX**, | |
| Plaintiff, | CASE NO.: 1:25-cv-00378-RGA |
| v. | |
| **VILLA VIE RESIDENCES INCORPORATED,** | |
| **VILLA VIE RESIDENCES CORPORATION,** | |
| & | |
| **VV ODYSSEY LLC** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Gary Seitz, certify that on June 2, 2025, I caused a copy of the Plaintiff's Motion for Alternative Service, and supporting documents to be served upon the parties listed below via Electronic Mail to:

admin@villavieresidences.com,

mike@villavieresidences.com,

and kathy@villavieresidences.com,

And by first class post paid mail to:

VILLA VIE RESIDENCES INCORPORATED
Trust Company Complex
Ajeltake Road, Ajeltake
Majuro MH 96960
Marshall Islands

VILLA VIE RESIDENCES CORPORATION
1413 SW 156th Way
Pembroke Pines, FL 33027

VV ODYSSEY LLC
Trust Company Complex
Ajeltake Road, Ajeltake
Majuro MH 96960
Marshall Islands

Dated: June 2, 2025              GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Gary F. Seitz*
Gary F. Seitz (DE 4457)
1202 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (215) 238-0011
Facsimile: (302) 425-5814
gseitz@gsbblaw.com

*Counsel to Plaintiff*