IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JENNY PHENIX**, | |
| Plaintiff, | CASE NO.: 1:25-cv-00378-RGA |
| v. | |
| **VILLA VIE RESIDENCES INCORPORATED,** | |
| **VILLA VIE RESIDENCES CORPORATION,** | |
| & | |
| **VV ODYSSEY LLC** | |
| Defendants. | |

**AFFIDAVIT OF SERVICE**

STATE OF DELAWARE    §
                     §   SS:
NEW CASTLE COUNTY    §

I, Gary F. Seitz, state under penalty of perjury that:

1. I am a partner in the firm Gellert Seitz Busenkell & Brown, LLC, counsel for the plaintiff.

2. Pursuant to the court's order dated June 17, 2025 (Doc. 6), on June 17, 2025, I emailed a summons and complaint addressed to Defendants Villa Vie Residences Incorporated, VV Odyssey, LLC and Villa Vie Residences Corporation to:

    admin@villavieresidences.com
    mike@villavieresidences.com
    kathy@villavieresidences.com
    Villa Vie Residences Incorporated
    Villa Vie Residences Corporation
    VV Odyssey LLC
    M/V ODYSSEY

3. A true copy of the email is attached as Exhibit A.

4. I believe that each email was received because no server rejections or "bounces" were received for any of the addressees on the message.

5. Any response to the complaint is due no later than 21 days from June 17, 2025.

Dated: June 19, 2025

            Gellert Seitz Busenkell & Brown LLC
            1202 N. Orange Street, Suite 300
            Wilmington, DE 19801


          BY: <u>/s/ Gary F. Seitz</u>
            Gary Seitz
            DE Bar # 4457

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JENNY PHENIX**, | |
| Plaintiff, | CASE NO.: 1:25-cv-00378-RGA |
| v. | |
| **VILLA VIE RESIDENCES INCORPORATED,** | |
| **VILLA VIE RESIDENCES CORPORATION,** | |
| & | |
| **VV ODYSSEY LLC** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Gary Seitz, certify that on June 19, 2025, I caused a copy of the Plaintiff's Affidavit of Service, to be served upon the parties listed below via Electronic Mail to:

admin@villavieresidences.com,

mike@villavieresidences.com,

and kathy@villavieresidences.com.

*Counsel for Plaintiff*

/s/ Gary F. Seitz
Gary F. Seitz