# **<u>EXHIBIT A</u>**

| | |
|---|---|
| **From:** | Gary Seitz |
| **To:** | admin@villavieresidences.com; Mikael Petterson; Kathy Villalba |
| **Bcc:** | JP |
| **Subject:** | Phenix v. Villa Vie Residences Inc., Villa Vie Residences Corp., VV Odyssey LLC, USDC Delaware 25-378 |
| **Date:** | Tuesday, June 17, 2025 1:48:00 PM |
| **Attachments:** | Order allowing substitute service.pdf |
| | Summons - Odyssey.pdf |
| | Summons - Corp.pdf |
| | Summons - Inc.pdf |
| | 2025.3.27 Stamped COMPLAINT Phenix.pdf |
| **Importance:** | High |

Please be advised, pursuant to the attached order of the United States District Court for the District of Delaware, that Defendants Villa Vie Residences Incorporated, VV Odyssey, LLC and Villa Vie Residences Corporation are hereby served with the attached summons and complaint under Rule 4(e), 4(f)(3) and 4(h) of the Federal Rules of Civil Procedure. Any response to the complaint is due no later than 21 days from today. The response must be filed on the attorney identified below and filed with the court. If any defendant fails to respond, judgment by default will be entered against it for the relief demanded in the complaint.



**Gary F. Seitz**
**Gellert Seitz Busenkell & Brown, LLC**

**gseitz@gsbblaw.com | P: 215-238-0011**

**901 Market St., Ste 3020, 3rd Fl., Philadelphia, PA 19107**
**Mail to P.O. Box 510, Lafayette Hill, PA 19444**
**GSBBlaw.com**

**Notice regarding federal tax matters:** Internal Revenue Service Circular 230 requires us to state herein that any federal tax advice set forth in this communication (i) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties that may be imposed by federal tax laws, and (ii) cannot be used in promoting, marketing, or recommending to another person any transaction or matter addressed herein.

**This message is sent by a law firm and may contain information that is privileged or confidential. If you have received this transmission in error, please notify the sender by reply e-mail and delete the message and any attachments. Thank you.**