**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JENNY PHENIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. 1:25-cv-00378-RGA |
| | ) |
| VILLA VIE RESIDENCES | ) |
| INCORPORATED, VILLA VIE | ) |
| RESIDENCES CORPORATION, and | ) |
| VV ODYSSEY LLC, | ) |
| | ) |
| Defendants. | ) |

**ENTRY OF APPEARANCE**

PLEASE TAKE NOTICE that Christopher P. Simon, Esquire hereby enters his appearance as counsel on behalf of Defendants Villa Vie Residences Incorporated, Villa Vie Residences Corporation and VV Odyssey LLC in the above-entitled action.

Dated: June 26, 2025

**CROSS & SIMON, LLC**

  */s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
csimon@crosslaw.com

*Attorney for Villa Vie Residences Incorporated, Villa Vie Residences Corporation and VV Odyssey LLC*