# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNY PHENIX,<br><br>      Plaintiff,<br><br>v.<br><br>VILLA VIE RESIDENCES INCORPORATED, VILLA VIE RESIDENCES CORPORATION, and VV ODYSSEY LLC,<br><br>      Defendants. | Case No. 1:25-cv-00378-RGA |

## ENTRY OF APPEARANCE

PLEASE TAKE NOTICE that David G. Holmes, Esquire hereby enters his appearance as counsel on behalf of Defendants Villa Vie Residences Incorporated, Villa Vie Residences Corporation and VV Odyssey LLC in the above-entitled action.

Dated: June 26, 2025

**CROSS & SIMON, LLC**

 /s/ David G. Holmes
David G. Holmes (No. 4718)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
Facsimile: (302) 777-4224
dholmes@crosslaw.com

*Attorney for Villa Vie Residences Incorporated, Villa Vie Residences Corporation and VV Odyssey LLC*