IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNY PHENIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-00378-RGA |
| | ) |
| VILLA VIE RESIDENCES INCORPORATED, VILLA VIE RESIDENCES CORPORATION, and VV ODYSSEY LLC, | ) ) ) ) |
| | ) |
| Defendants. | ) |

**STIPULATION REGARDING EXTENSION OF
DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT**

WHEREAS, on or about March 27, 2025, Plaintiff Jenny Phenix commenced the above-captioned case by filing a Complaint [D.I. 1] naming Villa Vie Residences Incorporated, Villa Vie Residences Corporation and VV Odyseey LLC (collectively, "Defendants") as defendants; and

WHERAS, Defendants were served with the Complaint by electronic mail pursuant to an Order of this Court entered on June 17, 2025. [D.I. 6]; and

WHEREAS, the deadline for the Defendants to serve a responsive pleading to the Complaint is currently July 8, 2025; and

WHEREAS, counsel for the Plaintiff and counsel for the Defendants have conferred and agreed, subject to Order of this Court, to extend the deadline by which Defendants shall answer, move or otherwise respond to the Complaint.

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1

1.	The deadline for all Defendants to move, answer or otherwise respond to the Complaint is hereby extended to July 29, 2025.

Dated: June 26, 2025

| GELLERT SEITZ BUSENKELL & BROWN, LLC | CROSS & SIMON LLC |
|---|---|
| /s/ Gary F. Seitz | /s/ Christopher P. Simon |
| Gary F. Seitz (No. 4457) | Christpher P. Simon (No. 3697) |
| 1202 N. Orange Street, Suite 300 | David G. Holmes (No. 4718) |
| Wilmington, DE 19801 | 1105 N. Market Street, Suite 901 |
| Telephone: (215) 238-0011 | Wilmington, Delaware 19801 |
| Facsimile: (302)425-5814 | (302) 777-4200 |
| gseitz@gsbblaw.com | csimon@crosslaw.com |
| | dholmes@crosslaw.com |
| *Counsel to Plaintiff* | *Counsel for Defendants* |

IT IS SO ORDERED THIS _____ DAY OF _____, 2025.

_____
The Honorable Richard G. Andrews
United States District Court Judge