IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNY PHENIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-00378-RGA |
| | ) |
| VILLA VIE RESIDENCES INCORPORATED, VILLA VIE RESIDENCES CORPORATION, and VV ODYSSEY LLC, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## MOTION AND ORDER FOR ADMISSIONS PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission *pro hac vice* of Alex P. Rosenthal and Amanda J. Jones of Rosenthal Law Group to represent Villa Vie Residences Incorporated, Villa Vie Residences Corporation and VV Odyssey LLC in this matter.

Dated: June 26, 2025

CROSS & SIMON, LLC

*/s/ Christohper P. Simon*
Christohper P. Simon (No. 3697)
1105 North Market Street, Suite 901
Wilmington, Delaware 19801
Telephone: (302) 777-4200
csimon@crosslaw.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____

_____
The Honorable Richard G. Andrews
United States District Court Judge

## CERTIFICATION BY ALEX P. ROSENTHAL
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 12/21/23, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 26, 2025                    */s/ Alex P. Rosenthal*
                                        Alex P. Rosenthal
                                        ROSENTHAL LAW GROUP
                                        2103 North Commerce Parkway
                                        Weston, Florida 33326
                                        Telephone: 954-384-9200
                                        alex@rosenthalcounsel.com

## CERTIFICATION BY AMANDA J. JONES
## TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Florida and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 12/21/23, I further certify that the annual fee of $50.00 will be submitted to the Clerk's Office upon the filing of this motion.

Dated: June 26, 2025                    */s/ Amanda J. Jones*
                                        Amanda J. Jones
                                        ROSENTHAL LAW GROUP
                                        2103 North Commerce Parkway
                                        Weston, Florida 33326
                                        Telephone: 954-384-9200
                                        amanda@rosenthalcounsel.com