# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNY PHENIX,  )<br> )<br>   Plaintiff,  )<br> )<br>v.  )  Case No. 1:25-cv-00378-RGA<br> )<br>VILLA VIE RESIDENCES  )<br>INCORPORATED, VILLA VIE  )<br>RESIDENCES CORPORATION, and  )<br>VV ODYSSEY LLC,  )<br> )<br>   Defendants.  )  | |

## DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT

Defendants Villa Vie Residences Incorporated, Villa Vie Residences Corporation and VV Odyssey LLC ("Defendants") hereby move the Court for an order dismissing this action for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6), with prejudice. The specific grounds for this motion are contained in the Opening Brief filed herewith along with the materials filed in support of this motion.

Dated: July 21, 2025

CROSS & SIMON LLC

*/s/ Christopher P. Simon*
Christpher P. Simon (No. 3697)
David G. Holmes (No. 4718)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
csimon@crosslaw.com
dholmes@crosslaw.com

-and-

ROSENTHAL LAW GROUP
Alex P. Rosenthal (admitted *pro hac vice*)
Amanda Jassem Jones (admitted *pro hac vice*)
2103 N. Commerce Parkway
Weston, FL  33326
(954) 384-9200
alex@rosenthalcounsel.com
amanda@rosenthalcounsel.com

*Counsel for Defendants*