# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNY PHENIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-00378-RGA |
| | ) |
| VILLA VIE RESIDENCES INCORPORATED, VILLA VIE RESIDENCES CORPORATION, and VV ODYSSEY LLC, | ) ) ) ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

IT IS HEREBY ORDERED this _____ day of _____, 2025, that Defendants Villa Vie Residences Incorporated, Villa Vie Residences Corporation and VV Odyssey LLC ("Defendants") Motion to Dismiss Plaintiff's Complaint is hereby GRANTED. IT IS FURTHER ORDERED that the Complaint is hereby dismissed with prejudice.

_____
The Honorable Richard G. Andrews
United States District Judge