# Exhibit 1

TERMS & CONDITIONS

These Terms and Conditions govern the rights and obligations of all Residents, their guests, and any on-board visitors at Villa Vie Residences ("VVR"). VVR reserves the right to amend these Terms and Conditions at its sole discretion and at any time. The most recent version of these Terms and Conditions shall supersede and replace all prior versions, regardless of the timing of any dispute or claim. It is the responsibility of all Residents, guests, and visitors to review these Terms and Conditions periodically to remain informed of any updates. Continued access to or use of VVR facilities constitutes acceptance of the latest Terms and Conditions.

CONFIDENTIALITY:  Resident agrees to keep strictly confidential all information concerning the Purchase Price, the Reservation Deposit and specific details of this Villa, Ship and other VVR proprietary information. Residents will not make any disclosure of VVR proprietary information to any third party (other than family residing in the same household, legal, financial and accounting advisors, and potential financing sources) without VVR's prior consent. Resident acknowledges that Resident's breach of this Section will cause irreparable and material loss and damage to VVR as to which it will not have an adequate remedy at law or in damages and that accordingly, the issuance of an injunction or other equitable remedy in favor of VVR is an appropriate remedy for any such breach, including costs and damages, in addition to such other rights and remedies as VVR may have with respect thereto. This Section will survive the termination of Resident's final disembarkation from any VVR vessel for a period of 2 years.

NOTICES:  All notices and other communications given or made hereunder shall be in writing and shall be deemed effectively given: (a) upon personal delivery to the party to be notified, (b) when sent by confirmed electronic mail if sent during normal business hours of the recipient, and if not so confirmed, then on the next business day, (c) five (5) days after having been sent by registered or certified mail, return receipt requested, postage prepaid, or (d) one (1) business day after the business day of deposit with a nationally recognized overnight courier, specifying next business day delivery, with written verification of receipt. Both Parties consent to the delivery of any notice or communications under these Terms and Conditions by electronic mail to the electronic mail address set forth below (or to all other electronic mail for the Purchaser in the Company's records). If to VVR: at admin@villavieresidences.com.

VILLA ASSIGNMENTS: Resident does not have the right to assign its rights under the Ownership Purchase Agreement to any other party without the written approval of VVR, which consent shall not be unreasonably withheld.

Agreement, Voyager Reservation Contract, or Endless Horizons Program Agreement (as applicable), constitute the entire agreement between the parties concerning the subject matter in each applicable agreement. All prior understandings, oral agreements, and representations made before the Resident's execution of the Ownership Purchase Agreement, Voyager Reservation Contract, or Endless Horizons Program Agreement (as applicable) are hereby null and void. In the event a Resident executed a Voyager Reservation Contract prior to executing an Ownership Purchase Agreement or Endless Horizons Program Agreement, the previously executed agreement is void and superseded by the most recent agreement.

Any modifications or amendments to an Ownership Purchase Agreement, Voyager Reservation Contract, or Endless Horizons Program Agreement (as applicable) must be in writing and signed by both parties. In the event of a conflict between the terms of the Ownership Purchase Agreement, Voyager Reservation Contract, or Endless Horizons Program Agreement (as applicable) and these Terms and Conditions, these Terms and Conditions shall take precedence.

Any representations, understandings, or oral statements—including, without limitation, representations in sales brochures, sales materials, or oral statements by sales representatives regarding incentives or any matter related to the Villa—are of no force or effect unless expressly included in the Special Conditions section of the Resident's contract and approved by VVR.

FAMILY & FRIENDS BENEFITS: Villa Owners and Residents who have booked a minimum of 540 days (1.5 years) in segments are eligible for the Family & Friends benefits. Both Cabin Owners and Segment Residents accrue seven (7) days of complimentary Family & Friends benefits per quarter (90 days), for a total of twenty-eight (28) complimentary days per calendar year.

Outside of these accrued benefits, eligible Residents may book Family & Friends for up to two (2) weeks (14 days) in a designated Family & Friends cabin on Deck 2 at a rate of thirty-three dollars ($33) per person, per day, subject to availability. Stays exceeding fourteen (14) days are subject to the prevailing market rate at the time of booking.

The Resident is fully responsible for any Family & Friends staying onboard, whether or not the Resident is present, including any outstanding expenses, fees, and/or damages, all of which will be charged to the Resident's onboard account. VVR reserves the right, at its sole discretion, to remove Family & Friends in cases of inappropriate, unruly, or violent behavior. Any illegal activity will result in immediate expulsion and notification of the relevant authorities.

For further details on eligibility, booking procedures, and limitations, Residents should refer to the Villa Vie Family & Friends Benefit Policy. By using the Family & Friends benefits, Residents agree to adhere to all terms specified in the policy.

RENTAL RESTRICTION CLAUSE: Only Owners under the Ownership Purchase Agreement are permitted to rent their cabins to third parties. Under no circumstances are Voyagers, segment purchasers, or Endless Horizons participants—including those bound by the Voyager Reservation Contract or Endless Horizons Program Agreement—permitted to rent their cabins to others. No exceptions to this rule will be made. Any issues arising between renters and Owners, including but not limited to disputes over payments, refunds, or other obligations, are solely between the renter and the respective Owner. VVR assumes no responsibility or liability for any such matters.

MEDICAL SERVICES: The Ship is equipped with limited medical facilities and staffed by internationally accredited medical personnel who are independent contractors as VVR is not a medical provider. Any interactions with medical providers in port or onboard are done so at the sole risk and cost (beyond standard medical visits) of the Resident and provided for the convenience of the Resident, work directly for the Resident, and are not acting under the supervision or control of VVR. Charges for standard medical visits, such as customary Emergency Room fees, medications, and procedures, are determined based on the services performed by the medical staff. Resident acknowledges that medical care and medical evacuation may not always be available in port or while at sea. VVR assumes no liability for treatment, failure to treat, misdiagnoses, diagnosis, any alleged or actual malpractice, examinations, advice, or other services provided by the medical staff, and any additional expenses incurred by such services. Complimentary medical visits include the initial consultation necessary if the Resident is feeling unwell or has been injured. It's important to note that the complimentary aspect of our medical services does not extend to routine care and ongoing visits, which encompass follow-up consultations, management of chronic conditions, or any treatments that extend beyond the initial diagnosis and immediate care. Additionally, specialized treatments and procedures are not covered under complimentary visits and will incur additional charges. VVR recommends that Residents obtain independent medical insurance to cover these potential needs.

Residents needing special services during the voyage, or needing to travel with any medical apparatus, including wheelchairs, motorized scooters, etc., must advise VVR in writing at the time of initial payment. Please note some ports of call may not be suitable for Residents with limited mobility and in such cases, may preclude debarkation for any individual with limited mobility, with or without the aid of a wheelchair or motorized scooter. VVR has the right to refuse or revoke passage to anyone who, in its judgment, is in a physical, mental, or emotional condition unfit for travel or whose comfort on board may be compromised due to situations beyond the care that can be provided by VVR. VVR does not offer medical insurance, and any medical procedures or medications required in addition to the standard health visit will be at cost and Resident expense.

VVR is unable to accommodate guests who require oxygen supplied via tank or cylinder or those requiring hemodialysis. Guests traveling with CPAP devices, oxygen concentrators, or mechanical ventilatory support must confirm their fitness to travel with their primary healthcare provider prior to embarkation.

VVR strongly recommends that all guests obtain comprehensive travel insurance that includes coverage for any pre-existing medical conditions. By boarding, guests affirm that they have taken appropriate medical precautions to ensure their fitness for travel.

NOTICE TO BOARD: Residents must notify Guest Services at least 2 weeks prior if they will be disembarking or rejoining the Ship. If a shorter disembarkation or embarkation period becomes required, VVR will make all efforts to accommodate the request, but it is not guaranteed.

If a Resident has Family & Friends coming onboard, VVR must be notified at least 90 days in advance. F&F must have a valid passport and form of payment if staying in a F&F cabin separate from Resident.

CANCELATION BY RESIDENTS: The following cancellation charges will be assessed for all written cancellations received up to the scheduled time of departure. Residents who wish to cancel their reservation prior to embarkation of the Ship, may do so in writing to VVR and will be subject to the following cancellation charges:

*181 days prior to departure 100% refundable*

*91 days to 180 Days prior to departure – 50% refundable*

*90 days or Less prior to departure – Non-refundable*

DEVIATION, CANCELLATION, AND REFUND:

(a) VVR reserves the right to alter the itinerary at any time. Should any changes occur, VVR will make reasonable efforts to notify Residents promptly. The Ship may depart or enter ports at the Master's discretion, for any purpose, and may omit or change any ports of call, as well as arrival or departure times, with or without notice, for any reason whatsoever. This includes, but is not limited to, considerations of health and safety, security concerns, adverse weather conditions (including hurricanes and tornadoes), strikes, tides, hostilities, civil unrest, port closures, emergency disembarkations of Residents or crew, delays in travel by air, sea, land, or motor coach, mechanical malfunctions, declared pandemics, public health emergencies, outbreaks of communicable diseases, quarantines, national or regional emergencies, and advisories or travel warnings issued by U.S. or foreign governments. All such deviations are considered an integral part of and included in the scheduled voyage.
(b) In the event the voyage is interrupted or stopped due to mechanical failure of the Ship, VVR will issue a reimbursement to the Resident for the portion of time that the Ship is out of service or arrange and cover accommodations for the Resident while the Ship is undergoing repairs, for a maximum of fourteen (14) days.
(c) The Ship may deviate from its scheduled course to assist other Ships for the purpose of saving life or property without liability whatsoever to Resident.

RIGHT TO DENY BOARDING OR REVOKE PASSAGE: Villa Vie Residences ("VVR") and the Master of the vessel reserve the right, at their sole discretion, to deny boarding or revoke passage for any Resident, guest, or visitor whose behavior is deemed to pose a threat to the safety, security, or well-being of other Residents, crew members, or the vessel itself. Such behavior includes, but is not limited to, disruptive, aggressive, illegal, or otherwise harmful actions.

In cases where such behavior is identified, VVR may, depending on the severity of the conduct, issue a written warning or proceed with immediate disembarkation at the next port of call. Disembarkation decisions may be made without prior warning if the circumstances warrant immediate action. All expenses related to

disembarkation, including but not limited to travel, accommodation, and other associated costs, shall be the sole responsibility of the Resident, guest, or visitor involved.

VVR and the Master of the vessel retain the right to take all necessary and reasonable actions to ensure the safety and security of all onboard. By accepting passage, each Resident, guest, and visitor waives any and all claims against VVR, its affiliates, and the Master of the vessel for any actions taken under this clause and agrees to indemnify and hold harmless VVR and its affiliates from any liability arising out of such actions.

SHIP: VVR reserves the right to make changes, retrofits, or modifications to the Ship at any time to support its voyages. While VVR endeavors to maintain the seaworthiness of all its Ships, the company makes no warranties, express or implied, and specifically disclaims any warranty regarding the fitness, condition, or merchantability of VVR's Ships. In compliance with VVR's Performance and Indemnity Insurance requirements, each Ship, once acquired, will carry its own insurance policy, covering risks including, but not limited to, hull and machinery, open-ended risks, war risks, and environmental damage such as oil spills and pollution.

RESPONSIBILITY AND COMPLIANCE:

(a) Liability of VVR for Third Parties: Residents expressly release Villa Vie Residences (VVR) from all claims for loss or damage to baggage or property, personal injuries, death, or delays arising from the acts, omissions, or negligence of any independent contractors, including, but not limited to, air carriers, hotels, shore excursion operators, restaurants, transportation providers, medical personnel, spa personnel, or other service providers onboard the Ship or onshore at any port of call. Arrangements with independent contractors are made solely for Residents' convenience and at their own risk. VVR specifically disclaims any liability for damages for emotional distress, mental suffering, or psychological injury. Tickets, vouchers, and travel documents are subject to the terms and conditions of their respective suppliers, who may limit their liability.
(b) Liability of VVR for Third Parties: Residents expressly release Villa Vie Residences (VVR) from all claims for loss or damage to baggage or property, personal injuries, death, or delays arising from the acts, omissions, or negligence of any independent contractors, including, but not limited to, air carriers, hotels, shore excursion operators, restaurants, transportation providers, medical personnel, spa personnel, or other service providers onboard the Ship or onshore at any port of call. Arrangements with independent contractors are made solely for Residents' convenience and at their own risk. VVR specifically disclaims any liability for damages for emotional distress, mental suffering, or psychological injury. Tickets, vouchers, and travel documents are subject to the terms and conditions of their respective suppliers, who may limit their liability.
(c) Access to Crew Areas: Residents are strictly prohibited from entering designated crew areas, including crew quarters, under any circumstances.
(d) Access to Resident Rooms: VVR reserves the right to enter any Resident room, including when a "Do Not Disturb" sign is displayed, for emergency maintenance, safety, or security purposes. In non-emergency cases, VVR will make reasonable attempts to arrange a mutually acceptable time for entry.
(e) Limitations of Liability: Except as expressly provided, VVR shall not be liable for any injury, death, illness, damage, delay, or other loss to persons or property caused by acts of God, war, terrorism, civil unrest, labor disturbances, governmental interference, perils of the sea, fire, travel restrictions due to declared pandemics, public health emergencies, outbreaks of communicable diseases (e.g., COVID-19, influenza, norovirus), quarantine, theft, or any other cause beyond VVR's reasonable control. Liability is further limited to acts not caused by VVR's negligence.
(f) Assumption of Risk: Residents assume all risk of injury, death, illness, or other loss. VVR is not responsible for injuries related to athletic or recreational equipment, nor for the negligence or misconduct of independent contractors, including photographers, spa personnel, entertainers, or for any events occurring off the Ship, including shore excursions and activities.
(g) Emotional Distress and Limitation on Damages: VVR disclaims liability for damages for emotional distress, mental suffering, or psychological injury under any circumstances unless resulting from physical

injury, actual risk of physical injury, or intentional infliction by VVR. VVR will not be liable for any consequential, incidental, exemplary, or punitive damages.

(h) EU Passenger Rights: Passengers embarking from EU member state ports have certain rights under EU Regulation 1177/2010. For passenger rights information, refer to [EU Regulation 392/2009](#). For voyages from EU ports, liability limitations under the Athens Convention and its 2002 protocol apply. For all other voyages, U.S. liability restrictions apply per Title 46, U.S. Code §§30501–30509 and 30511.

(i) Choice of Law: All claims or disputes arising from or related to this agreement shall be governed by U.S. maritime law and, when applicable, the U.S. Death on the High Seas Act (46 U.S.C. § 30301 et seq.), without regard to conflict of law principles. This choice of law supersedes any other state or national laws.

(j) Notice of Property Claims: Claims related to property damage or loss must be submitted in writing to VVR within thirty (30) days after voyage termination. Any lawsuit for property loss or damage must be filed within one year of voyage termination, with service of process within 120 days of filing, regardless of contrary state or national law.

(k) Forum Selection and Waiver of Class Actions: All disputes shall be resolved exclusively in the Marshall Islands. Residents agree to individual legal action rather than class actions, expressly waiving any right to class action participation.

(l) Mutual Indemnity: Each party agrees to indemnify and hold the other harmless from any claims, damages, liabilities, or costs arising from negligent acts or omissions related to these Terms. All limitations and protections herein extend to VVR's affiliates, agents, contractors, and service providers.

INTELLECTUAL PROPERTY AND TRADEMARK PROTECTION: The use of Villa Vie Residences ("VVR") logos, trademarks, copyrighted materials, or other intellectual property by any individual, including Residents, guests, and visitors, is strictly prohibited without prior written consent from VVR. This includes, but is not limited to, resale, reproduction, distribution, or any form of unauthorized use. Any unauthorized use of VVR's intellectual property may result in legal action.

All materials, content, logos, trademarks, and services associated with VVR are protected by applicable intellectual property laws. Individuals agree not to engage in any actions that infringe upon VVR's intellectual property rights, including unauthorized use, replication, or distribution of any VVR-branded items or materials. VVR reserves the right to enforce its intellectual property rights to the fullest extent permitted by law.

INSURANCE: Personal medical insurance is not included in your fees, but highly recommended and the sole responsibility of the Resident(s). VVR is required to remain in good standing on all necessary insurance policies to maintain the operating status of our Ship. No refund will be made for unused or partially used portions of the voyage, air, or land programs, including shore excursions.

INDEPENDENT TRAVEL ARRANGEMENTS: VVR has no responsibility regarding air or land travel arrangements made by non-refundable, restricted travel or frequent flyer tickets. This exclusion of liability includes consequences to independently arranged air or land travel that may result from last-minute changes in the embarkation or debarkation ports and delays in arrival at any airport or port location.

LUGGAGE AND SHIPMENT POLICY: Villa Vie Residences ("VVR") permits Residents to bring luggage, packages, boxes, and other personal shipments onboard, subject to ship policies and safety regulations. All items must comply with weight and size restrictions; individual items should not exceed seventy (70) pounds. VVR reserves the right to refuse any items deemed dangerous, including but not limited to explosives, firearms, liquid oxygen, combustible materials, or illegal items, and retains the authority to inspect any luggage or shipment for security purposes.

Excessive amounts of luggage or large shipments may incur additional handling fees, and any arrangements for shipment or delivery of personal belongings are the sole responsibility of the Resident. Residents are encouraged to arrange for baggage insurance to cover potential loss or damage, as VVR disclaims liability for any loss or damage to personal belongings.

Upon debarkation, all luggage, packages, and personal belongings must be removed from the Ship. Under no circumstances will belongings be stored onboard without the Resident remaining on the Ship post-voyage. Residents planning to return may request short-term storage of their belongings, subject to VVR's prior approval and available space.

Residents are encouraged to consult VVR in advance regarding any oversized or special shipments to ensure compliance with ship policies and facilitate smooth handling.

STORAGE: The Ship has limited storage space for bulky recreational equipment, available on a first-come, first-served basis at an additional cost. Residents wishing to store such items must notify VVR prior to boarding and receive approval, which shall not be unreasonably withheld.

There will be no additional storage space provided for personal items, motorized or other vehicles, large equipment, instruments, or residence-related belongings. All such items must be stored within the Resident's Villa. Accessories should be foldable to maximize space within the Villa.

For safety reasons, no personal items may be left in hallways, passageways, or any public areas. Any items obstructing these spaces will be subject to removal by VVR to ensure the safety and accessibility of all onboard.

MAIL AND PACKAGE SERVICES:

(a) VVR will be providing a Mail & Package Service for letter mail only, free of charge. We will provide a U.S. address to forward your mail.
(b) VVR will provide package delivery options pricing and specifics to be detailed in due course.
(c) All mail will be opened and inspected to ensure it is legally able to be mailed. Items such as Aerosols, Alcoholic Beverages, Ammunition, Cigarettes, Dry Ice, Gasoline, Hemp-based products (including cannabidiol [CBD]), Marijuana (medical or otherwise), Nail Polish, Perfumes (containing alcohol), and batteries will not be permitted. A freight forwarder will handle the shipment and deliver it to the nearest port of call.
(d) Mail and packages needed urgently can be shipped separately at the Resident's expense directly to the port agent a few days before arriving at the port or through a third-party shipping partner. Please discuss with the Resident Services Manager or onboard Concierge to be provided instructions for shipping.

DOCUMENTATION AND VISAS: Passport and visa requirements, as well as regulations for vaccination certificates and other health documentation, vary by destination. It is the sole responsibility of each Resident to obtain and carry the appropriate, valid travel and health documents for their itinerary. Any Resident without the required documentation will be denied boarding, and no refund of reservation fare or any other travel components purchased from VVR will be issued.

All passports must be valid for the entire duration of the Voyage and for at least three (3) months beyond the Resident's disembarkation date. VVR assumes no responsibility for obtaining required visas or advising Residents on visa or other immigration requirements, aside from the general guidelines provided.

ATTIRE: Recommended onboard attire is resort or country club casual. For evening dining, elegant resort wear is suggested. Please note that VVR does not provide clothing suitable for colder weather; Residents should pack accordingly based on their itinerary.

BOARDING: Residents are required to be onboard the Ship at least one (1) hour prior to the scheduled departure time. If any Resident's actions or inactions cause the Ship to miss its scheduled departure, VVR reserves the right to assess Late Departure Fees starting at $1,000 USD per Resident. This fee applies to Residents directly responsible for a delay exceeding fifteen (15) minutes beyond the scheduled departure time and covers costs levied against VVR by port authorities, governmental, and quasi-governmental agencies as agreed liquidated damages.

If a Resident misses the Ship, VVR assumes no responsibility for travel arrangements to board at the next port.

SMOKING: For the safety and security of all Residents and staff on board, Designated Smoking Areas are available onboard VVR Ships. Smoking is expressly forbidden in all staterooms and suites, on verandas, or in any areas of the Ship other than officially Designated Smoking Areas. Smoking in a stateroom or suite or on a veranda represents a serious fire and safety hazard to all Residents and staff. Residents choosing to disregard this policy will be disembarked at the next port of call and may also be subject to additional fees that will be imposed to cover the costs associated with any damage to and the required cleaning of furnishings, verandas, and surrounding deck, and accommodation areas. All areas other than those specified as Designated Smoking Areas will remain smoke-free. This includes all Resident suites and staterooms, verandas, restaurants, public areas, the Casino (if offered), and all other areas of the Ship. Residents are welcome to use Cigars, Pipe smoking, and Electronic Cigarettes in designated areas.

GRATUITIES: How much you choose to tip is a personal matter and completely at your discretion. For your convenience, an 18% service gratuity is automatically added to all beverage purchases and spa services. Naturally, Residents may decide on additional gratuities while onboard the Ship at their sole discretion.

DECORATING AND RENOVATING YOUR VILLA: All modifications, decorations, and refurbishments of your Villa must adhere to established safety regulations:

(a) Personal Decor: Small decorative items, such as storage racks, are generally permitted, as they do not typically pose safety concerns.
(b) Furniture & Upholstery: Larger furnishings, including upholstered furniture, curtains, mattresses, and bedding, must meet International Maritime Organization (IMO) and Safety of Life at Sea (SOLAS) fire safety standards. Certification from marine-grade suppliers is required for these items.
(c) Renovations: Major modifications—such as removing or replacing furniture or making structural changes—require prior approval from VVR. All renovations must comply with IMO, SOLAS, and Inventory of Hazardous Materials (IHM) standards and be completed by VVR-approved contractors using compliant materials. All expenses related to renovations are the sole responsibility of the Resident.

For comprehensive guidelines, please refer to the "Policy on Approved Materials and Fire Safety Compliance" available in the Amenities and Facilities section of our knowledgebase.

TRANSFER CLAUSE – TRANSFER VILLA TO SOMEONE ELSE: VVR does not offer refunds for any reason should a Resident be unable to complete the voyage. Villa Ownership rights are transferable, and any Resident wishing to transfer these rights to another party may initiate the process by contacting VVR Customer Service. Customer Service will facilitate the transfer or name change; however, it remains the sole responsibility of the Owner to reassign or resell the Ownership. This transfer option applies exclusively to Villa Owners; under no circumstances are Voyagers, segment purchasers, or Endless Horizons participants—including those under the Voyager Reservation Contract or Endless Horizons Program Agreement—permitted to rent their cabins to third parties.

PET POLICY

(a) Capacity and Deposit: A maximum of ten (10) cats per Ship and a limit of two (2) cats per Villa are allowed. A non-refundable deposit of $1,000 per cat is required. Should damage to the Villa or its components exceed the deposit amount, additional charges may apply.
(b) Designated Areas and Leash Requirement: Cats must remain confined to the Villa, with exceptions for designated areas where leashed cats are permitted. Cats are strictly prohibited from entering common areas, dining areas, or the business center.
(c) Responsibilities and Liability: VVR assumes no responsibility for the health, safety, or well-being of any cat on or off the Ship. Any injuries, health issues, or incidents involving the pet are the sole responsibility of the cat's owner.

(d) Waste Management: Cat litter must be properly bagged and disposed of with Villa trash. Litter must be changed no less than every other day unless needed more frequently. Under no circumstances should cat litter be flushed down toilets, sinks, or bathtubs; doing so will result in a $10,000 fine.
(e) Veterinary Requirements and Prohibitions: Owners must provide up-to-date vaccination and health records upon embarkation, including current rabies vaccinations, where required.
(f) Dogs are not permitted onboard.

VVR reserves the right to limit the number of cats onboard, with pet spaces allocated on a first-come, first-served basis. A separate pet addendum will outline further details.

INCLUSIVE AMENITIES: All-inclusive products include dining three times a day at variety of the restaurants, limited house beer and house wine at lunch and dinner, onboard entertainment (special events may be at an additional charge), WIFI, bi-weekly housekeeping and laundry service, usage of the public areas of the business center, fitness center, primary health visits, and Family & Friends visits unless otherwise specified within the VVR Ownership Purchase Agreement or the Voyager Reservation Contract.

VILLA AMENITIES: Each Villa is equipped with bathroom toiletries (shampoo, conditioner, shower gel), bed linens, towels, a flat-screen TV, mini-fridge, hair dryer, coffee machine, and an iron upon request. Residents are welcome to purchase their own toiletries, food, and beverage items as permitted under each port's regulations. However, no fresh fruits or vegetables may be brought onboard from any port and will be subject to confiscation and disposal without compensation. Any personal electronics must be inspected, fireproofed, approved, and equipped with an automatic shut-off feature.

ALCOHOL POLICY AND RESPONSIBILITY: Residents may bring alcohol onboard; however, VVR reserves the right to prohibit or limit the amount of alcohol brought onboard at any time if abuse is identified. VVR encourages responsible drinking. Any disruptive, dangerous, or destructive behavior resulting from alcohol consumption will result in a formal warning, and the Resident may lose the privilege to bring alcohol onboard. Continued or severe misconduct following a warning may lead to removal from the Ship at the Resident's expense. VVR disclaims any liability for incidents or injuries arising from alcohol misuse, including harm to oneself or others, and reserves the right to impose restrictions on alcohol privileges as deemed necessary to maintain a safe and secure environment for all Residents.

WHAT TO BUDGET FOR (NON-INCLUSIVE): VVR offers salon and spa services, shore excursions, alcoholic beverages and packages, special events, office space in the business center, specialty dining up-charges, and dining options outside of breakfast, lunch and dinner hours, private classes, and personal training which are not included in the Voyage fare.

BACKGROUND CHECKS: For the safety and security of all Residents, Villa Vie Residences reserves the right to conduct a one-time background check on all prospective and current Residents, guests, and visitors. This check may include, but is not limited to, a review of criminal history and other relevant information. By applying for residency or visiting the vessel, you consent to this background check and agree to provide any necessary information or authorizations as required. Villa Vie Residences retains the right, at its sole discretion, to deny access based on the results of these checks, particularly if any criminal activity is identified.

PUBLIC HEALTH

(a) VVR follows the guidance and directives of established health authorities in the U.S. and other destinations where the Ship visits, including the CDC and other international, national, and local health agencies when the Ship is within those agencies' jurisdiction. Resident acknowledges that these directives may change from time to time and that VVR's COVID-19 Policies and Procedures may therefore change. Resident expressly agrees to comply not only with the COVID- 19 Policies and Procedures as they are described herein but also as they are set forth on Villa Vie Residences Incorporated brand website at www.villavieresidences.com, at all times including pre-embarkation, while onboard, during port calls and

shore excursions and/ or final disembarkation. In case of any conflict between the COVID-19. Policies and Procedures described herein or on the Villa Vie Residences Incorporated brand website, website shall govern. Residents must abide by VVR's COVID-19 Policies and Procedures.

(b) VVR highly recommends that Residents consult with a personal physician prior to embarkation and review the U.S. Centers for Disease Control ("CDC") website for updated information. The CDC has identified elderly persons and persons with certain chronic medical conditions as being at increased risk of life-threatening complications from being infected with COVID-19. Residents may be exposed to communicable illnesses, including but not limited to influenza, COVID-19, colds, and norovirus while onboard the Ship as well as traveling to/from the Ship, during shore excursions, in terminals, and during activities. Resident accepts that exposure to communicable illnesses and other diseases is inherent in activities where individuals interact or share common facilities and is beyond the control of VVR. Under these Terms and Conditions, Resident knowingly and voluntarily accepts these risks including the risk of serious illness or death resulting from such exposure, and/or all related damages, costs, expenses, and losses of any nature whatsoever.

(c) Upon embarkation and at any time during the voyage, VVR may require that Residents provide a truthful and complete health questionnaire containing any and all health or travel-related questions required by VVR in its sole discretion. VVR may perform routine or periodic testing and temperature checks of each Resident. VVR reserves the right at any time to modify capacity rules for activities (including but not limited to restaurants, gyms, entertainment events, and shore excursions) in the event it determines that normal capacities may present unsafe exposure to Residents. If required to prevent illnesses onboard, VVR may require the mandatory use by each Resident (except where a medical exemption is provided by the onboard Doctor), of face coverings in public locations outside of the Resident's villa, during embarkation, disembarkation, and shore excursions. VVR also retains the right to confine a Resident to their Villa if they have been determined to be carrying a communicable disease or provide emergency disembarkation of the Resident if, in VVR's sole discretion, such steps are necessary to prevent or slow the spread of COVID-19.

(d) Any noncompliance by the Resident or Resident's traveling party with VVR's COVID-19 Policies and Procedures or these Terms and Conditions shall be grounds for refusal to embark, or re-embark after going ashore, quarantine onboard the Ship, reporting to government or health authorities, disembarkation, or other steps that are determined to be necessary in VVR's sole discretion under the applicable circumstances, to protect the wellbeing and health of others. Under these circumstances, Resident shall not be entitled to a refund or entitled to compensation of any kind. Resident will be responsible for all related fines and costs, including without limitation, travel expenses and for necessary travel documentation required by any port, or for departure from or arrival to the Resident's country of residence. In no event, will VVR be liable for any damages or expenses whatsoever incurred by any Resident, as a result of VVR's decision to refuse reboarding, quarantine, disembarkation, or any other decisions taken by VVR.

(e) If a Resident tests positive for COVID-19, influenza, or any other communicable disease while onboard, VVR, in its sole discretion may require the Resident to be quarantined in their villa and may refuse disembarkation in any port to such Resident to prevent the spread of any communicable illness. If it is deemed necessary to disembark the Resident due to a COVID- 19 infection that requires onshore medical treatment, and the Resident is unable to reboard the Ship within 30 days, then the Resident will be entitled to a refund only for the unused portion of the voyage. Any expenses incurred by the Resident including related costs, fines, and travel expenses are the sole responsibility of the Resident and under no circumstances will be the responsibility of VVR.

DISCLAIMER: Villa Vie Residences ("VVR") strives to provide accurate and helpful information on this site; however, the content is offered for informational purposes only and is provided "as is" without guarantees of completeness or accuracy. While VVR takes care in updating site content, we disclaim all express and implied warranties, including any implied warranties of merchantability and fitness for a particular purpose, regarding the content.