IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNY PHENIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO.: 1:25-cv-00378-RGA |
| | ) |
| VILLA VIE RESIDENCES | ) |
| INCORPORATED, VILLA VIE | ) |
| RESIDENCES CORPORATION, | ) |
| and VV ODYSSEY LLC, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION REGARDING EXTENSION OF DEADLINE FOR PLAINTIFF TO RESPOND TO DEFENDANTS MOTION TO DISMISS COMPLAINT**

WHEREAS, on or about March 27, 2025, Plaintiff Jenny Phenix commenced the above-captioned case by filing a Complaint [D.I. 1] naming Villa Vie Residences Incorporated, Villa Vie Residences Corporation and VV Odyseey LLC (collectively, "Defendants") as defendants; and

WHEREAS, Defendants filed a Motion to Dismiss the Complaint [D.I. 14] on July 21, 2025; and

WHEREAS, counsel for the Plaintiff and counsel for the Defendants have conferred and agreed, subject to Order of this Court, to extend the deadline by which Plaintiff shall respond to the Defendants' Motion and the Defendants' Reply;

NOW THEREFORE THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The deadline for Plaintiff to respond to Defendants' Motion is hereby extended to August 11, 2025.

2. The deadline for Defendants' to file a Reply is hereby extended to August 20, 2025.

GELLERT SEITZ BUSENKELL & BROWN, LLC

*/s/ Gary F. Seitz*
Gary F. Seitz (DE 4457)
1202 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (215) 238-0011
Facsimile: (302)425-5814
gseitz@gsbblaw.com
*Counsel to Plaintiff*


CROSS & SIMON LLC

*/s/ Christpher P. Simon*
Christpher P. Simon (No. 4718)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
csimon@crosslaw.com
*Counsel for Defendants*


       IT IS SO ORDERED THIS _____ DAY OF _____, 2025.

                                        _____
                                        UNITED STATES DISTRICT COURT JUDGE