## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

------------------------------------------------------- /

**JENNY PHENIX**,                                   /
                                                    /
     Plaintiff,                                /         CASE NO.: 1:25-cv-00378-RGA
                                                    /
     v.                                        /
                                                    /
**VILLA VIE RESIDENCES**                            /
  **INCORPORATED,**                              /
                                                    /
**VILLA VIE RESIDENCES**                            /
**CORPORATION,**                                    /
                                                    /
     &                                       /
                                                    /
**VV ODYSSEY LLC**                                  /
                                                    /
     Defendants.                               /
_____ /

### <u>ORDER</u>

     Upon consideration of the Defendants' motion to dismiss and opposition filed by Plaintiff, after due consideration of the circumstances presented, the court finds that the circumstances warranting granting the motion do not exist.

     **IT IS THEREFORE ORDERED** that Defendants' Motion to Dismiss is **DENIED**.

     **IT IS FURTHER ORDERED** that Defendants Villa Vie Residences Incorporated, VV Odyssey, LLC and Villa Vie Residences Corporation shall file an answer to the complaint in ten days or be defaulted.

     IT IS SO ORDERED.

SIGNED this _____ day of_____2025.

_____
Richard G. Andrews
UNITED STATES DISTRICT JUDGE