UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **JENNY PHENIX**, | |
| Plaintiff, | CASE NO.: 1:25-cv-00378-RGA |
| v. | |
| **VILLA VIE RESIDENCES INCORPORATED,** | |
| **VILLA VIE RESIDENCES CORPORATION,** | |
| & | |
| **VV ODYSSEY LLC** | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Gary Seitz, certify that on August 11, 2025, I caused a copy of the Plaintiff's Memorandum of Law in Opposition to Motion to Dismiss to be served electronically upon all counsel of record through ECF/CM.

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Gary F. Seitz*
　　　　　　　　　　　　　　　　　　　　　　　　Gary F. Seitz (DE Bar # 4457)