

1105 NORTH MARKET STREET
SUITE 901
WILMINGTON, DELAWARE 19801

MAILING ADDRESS:
P.O. BOX 1380
WILMINGTON, DE 19899-1380

CHRISTOPHER P. SIMON
CSIMON@CROSSLAW.COM
(302) 777.4200, EXT. 102

February 17, 2026

**VIA CM/ECF & HAND DELIVERY**

The Honorable Richard G. Andrews
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

> Re:   *Jenny Phenix v. Villa Vie Residences Inc., et al.*
> *D. Del. C.A. No. 1:25-cv-00378-RGA*

Dear Judge Andrews:

We represent Defendant Villa Vie Residences Inc., and respectfully submit this letter in response to the direction provided by the Court in its Memorandum Opinion and Order ("Order") dated February 10, 2026 [D.I. 18].

As brief background, Defendant Villa Vie Residences Incorporated has filed its Answer to the Complaint on February 17, 2026, Docket No. 17. In its Answer, Defendant admits the existence of the valid express contract between Plaintiff and Defendant Villa Vie Residences Incorporated, which agreement speaks for itself. In the Order the Court stated:

> "When Defendants answer the complaint, if they concede the existence of a valid express contract, they should submit a letter with a proposed order dismissing these three counts."

The Court further explained that "if it is undisputed that there is an express contract, then the promissory estoppel, conversion, and unjust enrichment claims should be dismissed." (*Id.* at 3).

Consistent with the Court's directive, Defendant respectfully submits the attached Proposed Order Dismissing Counts II (Promissory Estoppel), III (Conversion), and IV (Unjust Enrichment)

of the Complaint. Defendant respectfully requests entry of the Proposed Order at the Court's convenience.

Counsel is available if the Court has any questions or concerns.

Respectfully submitted,

*/s/ Christopher P. Simon*

Christopher P. Simon (No. 3697)


Enclosure

cc:    All counsel of record via CM/ECF
       File Copy