IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JENNY PHENIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 1:25-cv-00378 (RGA) |
| v. | ) |
| | ) |
| VILLA VIE RESIDENCES INCORPORATED, VILLA VIE RESIDENCES CORPORATION, and VV ODYSSEY LLC, | ) ) ) ) |
| | ) Re: D.I. 23 |
| Defendants. | ) |

**STIPULATION REGARDING PROCEEDING BY BENCH TRIAL**

The parties, by and through their undersigned counsel, hereby stipulate and agree as follows:

1. On February 17, 2026, this Court entered its Order (D.I. 21) dismissing Counts II (Promissory Estoppel), III (Conversion), and IV (Unjust Enrichment) of the Verified Complaint without prejudice. The Court did so after Defendant Villa Vie Residences Incorporated ("VVRI") filed its Answer and Affirmative Defenses (D.I. 20) and expressly conceded the existence of a valid, enforceable express contract between Plaintiff and VVRI.

2. Counts V, VI, VII, VIII, and IX had previously been dismissed without prejudice by Order of the Court (D.I. 18).

3. As a result of the foregoing, the only remaining claim in this action is Count I for Breach of Contract against VVRI.

4. This action was commenced and proceeds exclusively in admiralty under 28 U.S.C. § 1333. The Verified Complaint expressly invokes admiralty jurisdiction, and the parties agree that the Voyager Reservation Contract is a maritime contract governed exclusively by federal maritime law.

5.  Under well-settled federal law, there is no right to a jury trial in actions proceeding in admiralty. When a plaintiff elects to proceed under admiralty jurisdiction for claims arising from a maritime contract, the Seventh Amendment does not provide a right to a jury trial, and the matter is tried by the Court. *See* Fed.R.Civ.P. 38(e); *see also, Accelerant Specialty Ins. Co., v. Z & G Boat and Jet Ski Rentals, Inc.*, 737 F. Supp. 3d 1297 (M.D. Fla. 2024)(striking jury demand where declaratory action and counterclaims arose from the same maritime contract and plaintiff invoked admiralty); *Enso Offshore, LLC v. Cantium, LLC v. 2024 WL 1801855* (E.D. La. 2024)(jury demand without effect and stricken because no entitlement to jury trial for action arises out of a maritime contract governed by general maritime law); *Maersk, Inc. and A.P. Moller-Maersk v. Neewra, Inc.*, 687 F. Supp. 2d 300 (S.D. NY 2009)(no right to a jury trial exists on breach of maritime contract claims).

6.  Because the sole surviving claim is a maritime contract claim and Plaintiff elected to proceed in admiralty, the parties stipulate and agree that this matter shall proceed to a bench trial before the Court without a jury.

Dated: March 9, 2026

GELLERT SEITZ BUSENKELL
& BROWN LLC

*/s/ Gary F. Seitz*
Gary F. Seitz (No. 4457)
1202 N. Orange Street, Suite 300
Wilmington, DE 19801
(302) 425-5800
gseitz@gsbbllc.com

*Counsel for Plaintiff Jenny Phenix*

CROSS & SIMON LLC

*/s/ Christopher P. Simon*
Christopher P. Simon (No. 3697)
David G. Holmes (No. 4718)
1105 N. Market Street, Suite 901
Wilmington, DE 19801
(302) 777-4200
csimon@crosslaw.com
dholmes@crosslaw.com

*Counsel for Defendants Villa Vie Residences Incorporated, Villa Vie Residences Corporation and VV Odyssey LLC*