**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JENNY PHENIX, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 25-378-RGA |
| | ) |
| VILLA VIE RESIDENCES INCORPORATED, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF SERVICE**

I, Gary F. Seitz, Esq., hereby certify that on March 17, 2026, a true and correct copy of the

Initial Disclosures of Plaintiff were served upon the counsel listed below via CM/ECF and

electronic mail:

Alex Rosenthal    alex@rosenthalcounsel.com

Christopher Page Simon    csimon@crosslaw.com, cgreen@crosslaw.com, smacdonald@crosslaw.com

David Gerard Holmes    dholmes@crosslaw.com, cgreen@crosslaw.com, smacdonald@crosslaw.com

GELLERT SEITZ BUSENKELL & BROWN LLC

 /s/  Gary F. Seitz
Gary F. Seitz (DE 4457)
1201 N. Orange Street, Suite 300
Wilmington, DE 19801
Telephone: (302) 416-3341
Facsimile: (302) 425-5814
Email:  gseitz@gsbblaw.com