**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JENNY PHENIX, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:25-cv-00378-RGA |
| | ) |
| VILLA VIE RESIDENCES | ) |
| INCORPORATED, VILLA VIE | ) |
| RESIDENCES CORPORATION, and | ) |
| VV ODYSSEY LLC, | ) |
| | ) |
| Defendants. | ) |

<u>**NOTICE OF SERVICE**</u>

PLEASE TAKE NOTICE that on March 31, 2026, counsel to Defendant Villa Vie Residences Inc., served a true and correct copy of (1) *Defendant's First Set of Interrogatories to Plaintiff* and (2) *Defendant's First Request for Production to Plaintiff* upon the counsel listed below via hand delivery and electronic mail.

Gary F. Seitz, Esq.
GELLERT SEITZ BUSENKELL & BROWN, LLC
1202 N. Orange Street, Suite 300
Wilmington, DE 19801
gseitz@gsbblaw.com

Dated: March 31, 2026          CROSS & SIMON LLC

                                          */s/ Christopher P. Simon*
                                          Christpher P. Simon (No. 3697)
                                          David G. Holmes (No. 4718)
                                          1105 N. Market Street, Suite 901
                                          Wilmington, Delaware 19801
                                          (302) 777-4200
                                          csimon@crosslaw.com
                                          dholmes@crosslaw.com

-and-


ROSENTHAL LAW GROUP
Alex P. Rosenthal (admitted *pro hac vice*)
Amanda Jassem Jones (admitted *pro hac vice*)
2103 N. Commerce Parkway
Weston, FL  33326
(954) 384-9200
alex@rosenthalcounsel.com
amanda@rosenthalcounsel.com


*Counsel for Defendants*

2