# Exhibit A

Docusign Envelope ID: 18BB29ED-FB90-88BC-8114-C5D2844FD4BE


# CONSENT TO WITHDRAWAL OF COUNSEL

The undersigned, being duly authorized on behalf of Villa Vie Residences Incorporated, Villa Vie Residences Corporation, and VV Odyssey LLC (together, "Defendants"), consents to the withdrawal of Alex P. Rosenthal, Amanda Jassem Jones, and Rosenthal Law Group, and of Christopher P. Simon, David G. Holmes, and Cross & Simon, LLC, as Defendants' counsel of record in *Jenny Phenix v. Villa Vie Residences Incorporated, et al.*, C.A. No. 1:25-cv-00378-RGA, pending in the United States District Court for the District of Delaware. Until substitute counsel appears, papers may be served on Defendants at 1413 SW 156th Way, Pembroke Pines, Florida 33027; (954) 737-2264; mike@villavieresidences.com.

VILLA VIE RESIDENCES INCORPORATED,
VILLA VIE RESIDENCES CORPORATION, and
VV ODYSSEY LLC

Signed by:
By: Mikael Petterson
D684CB1A25CE421
Name: Mikael Petterson
Title: Founder & Chairman
Date: October ___, 2026 10/28/2026