**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JENNY PHENIX,<br><br>Plaintiff,<br>v.<br><br>VILLA VIE RESIDENCES INCORPORATED, VILLA VIE RESIDENCES CORPORATION, and VV ODYSSEY LLC,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-00378-RGA |

**CERTIFICATION OF CHRISTOPHER P. SIMON**
**<u>IN ACCORDANCE WITH D. DEL. LR 7.1.1</u>**

I, Christopher P. Simon, Delaware counsel to Defendants Villa Vie Residences Incorporated, Villa Vie Residences Corporation and VV Odyssey LLC (together, "Defendants"), hereby certify that counsel for the moving parties have in good faith conferred or attempted to confer with counsel for Plaintiff in an effort to obtain resolution of the matters set forth in the *Joint Motion of Alex P. Rosenthal, Amanda Jassem Jones, Rosenthal Law Group, Christopher P. Simon, David G. Holmes and Cross & Simon, LLC for Leave to Withdraw as Counsel for Defendants* (the "Motion"). On October 28, 2026, Defendants' counsel advised Plaintiff's counsel by telephone that Counsel intended to file the Motion and asked whether Plaintiff would consent to the relief sought. Counsel for Plaintiff requested the imposition of conditions on Defendants in any Order granting this motion. While Counsel for Defendants are not opposed to some of those conditions, they are not in a position, given the circumstances here, to bind the Defendants to conditions insisted upon by Plaintiff's counsel.

Dated: October 29, 2026

*/s/ Christopher P. Simon*
CROSS & SIMON, LLC
Christopher P. Simon (No. 3697)
1105 N. Market Street, Suite 901
Wilmington, Delaware 19801
(302) 777-4200
csimon@crosslaw.com