GELLERT
SEITZ
BUSENKELL
& BROWN, LLC

Gary Seitz
gseitz@gsbblaw.com
(215) 238-0011

November 2, 2026

**VIA CM/ECF**

The Honorable Richard G. Andrews
United States District Court for the District of Delaware
844 North King Street
Wilmington, Delaware 19801

**Re: *Phenix v. Villa Vie Residences Incorporated, et al.*, C.A. No. 25-378-RGA**

Dear Judge Andrews:

Pursuant to the Court's Oral Order, Plaintiff Jenny Phenix advises that she does not request any conditions and has no objection to entry of the proposed form of order submitted with the Joint Motion for Leave to Withdraw as Counsel for Defendants (D.I. 34-3).

Plaintiff understands that the proposed order stays only the deadlines applicable to Defendants. It does not alter Defendants' existing obligations in this action, including their duty to preserve evidence, or limit Plaintiff's ability to seek relief from the Court during the stay period. Because Defendants are entities that may appear only through counsel, *Rowland v. California Men's Colony*, 506 U.S. 194, 201–02 (1993), Plaintiff intends to seek appropriate relief, including entry of default, if substitute counsel does not appear within the 30-day period.

Plaintiff appreciates the Court's consideration and is available at the Court's convenience should Your Honor have any questions.

Respectfully,

Gellert Seitz Busenkell & Brown, LLC

/s/ *Gary Seitz*
Gary Seitz (No. 4457)

cc: All counsel of record (via CM/ECF) Defendants (via email and U.S. mail)