**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JENNY PHENIX,<br><br>Plaintiff,<br>v.<br><br>VILLA VIE RESIDENCES INCORPORATED, VILLA VIE RESIDENCES CORPORATION, and VV ODYSSEY LLC,<br><br>Defendants. | ) | Case No. 1:25-cv-00378-RGA |

**ORDER GRANTING JOINT MOTION OF ALEX P. ROSENTHAL, AMANDA JASSEM JONES, ROSENTHAL LAW GROUP, CHRISTOPHER P. SIMON, DAVID G. HOLMES AND CROSS & SIMON, LLC FOR LEAVE TO WITHDRAW AS COUNSEL FOR DEFENDANTS**

Upon consideration of the *Joint Motion of Alex P. Rosenthal, Amanda Jassem Jones, Rosenthal Law Group, Christopher P. Simon, David G. Holmes and Cross & Simon, LLC for Leave to Withdraw as Counsel for Defendants* (the "Motion"), the written consent of Defendants to the relief requested, and good and sufficient cause having been shown, **IT IS HEREBY ORDERED** that:

1. The Motion (D.I. 34) is GRANTED.

2. Alex P. Rosenthal, Amanda Jassem Jones and Rosenthal Law Group, and Christopher P. Simon, David G. Holmes and Cross & Simon, LLC, are granted leave to withdraw as counsel of record for Defendants Villa Vie Residences Incorporated, Villa Vie Residences Corporation and VV Odyssey LLC (together, "Defendants"), and are relieved of any further responsibility in this action.

3. All deadlines applicable to Defendants are stayed for thirty (30) days from the date of this Order to permit Defendants to retain substitute counsel. Substitute counsel for Defendants shall enter an appearance within that period.

4. Within three (3) days of the entry of this Order, withdrawing counsel shall serve a copy of this Order on Defendants at their last known address and shall file a certificate of such service.

5. This Court shall retain jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Dated: Nov. 2, 2026

Richard G. Andrews
The Honorable Richard G. Andrews
United States District Court Judge